1  Margaret Elder (SBN 177424)
2  Chandra Gehri Spencer (SBN 184010)
   ELDER & SPENCER, LLP
3  17011 Beach Blvd., Suite 900
4  Huntington Beach, CA 92647
   Tel:  (213) 631-8331
5  Fax:  (888) 422-8027

6
   Melinda Luthin (SBN 254071)
7  MELINDA LUTHIN LAW
8  2721 E Coast Highway Ste 201
   Corona Del Mar, CA 92625
9  Tel:   (949) 673-1161
   Fax:  (949) 673-1139
10

11  ATTORNEYS FOR PLAINTIFF

12                  IN THE UNITED STATES DISTRICT COURT

13        CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

14

15  CAROL ESSA, an individual,

16                                        )  Case No.:   8:14-cv-01716 JLS (JCGx)
                                          )  Assigned to Courtroom 10A
17              Plaintiff,                )  The Hon. Josephine L. Staton
                                          )
18         vs.                            )  **OPENING BRIEF OF CAROL**
                                          )  **ESSA IN SUPPORT OF REQUEST**
19                                        )  **FOR PRELIMINARY**
                                          )  **INJUNCTION; DECLARATION OF**
20                                        )  **CAROL ESSA; ELBA ROMO;**
                                          )  **DONLIN LONG, MD; MARIANA**
21                                        )  **THOMAS, M.A., L.M.F.T.**
                                          )
22  THE IRVINE COMPANY APARTMENT          )  DATE: November 21, 2014
23  COMMUNITIES, INC., a Delaware         )  TIME: 2:30 p.m.
    corporation,                          )  DEPT.: 10A
24                                        )
                                          )
25              Defendant.                )
26  _____   )

27

28

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**     **INTRODUCTION AND STATEMENT OF FACTS**

    **C.**     **Introduction**

       This is a case about a landlord that is unlawfully discriminating against a disabled tenant and attempting to retaliate against the tenant for exercising her federal rights.  Plaintiff, Carol Essa is a tenant in good standing, who is in lawful possession of apartment 21-A of the Woodbridge Villas Apartments ("Apartment") that is owned by Defendant, The Irvine Company Apartment Communities, Inc.

       Carol Essa suffers from traumatic brain injuries, post-traumatic stress disorder, encephalomalacia, occipital neuralgia, cervical, thoracic and lumbar injuries.  (See Essa Decl. ¶ 7.)  Side effects of her injuries include but are not limited to, memory problems, organizational problems, difficulty concentrating, regulating emotions, cognitive impairments, hypersensitivity, anxiety and depression. (See Essa Decl. ¶ 8.)

       To complicate matters, Ms. Essa was dropped from a gurney during the course of her treatment for her brain injury and suffered occipital injuries.  The side effects of her occipital injuries include but are not limited to, incontinence, loss of balance, chronic and debilitating pain, severe headaches, diminished sensation and strength in her arms, hands and fingers causing her to lose her grip and drop items. (See Essa Decl. ¶ ¶ 10, 11.)

       As discussed more thoroughly below, the defendant is attempting to unlawfully evict Ms. Essa for filing complaints with the Housing and Urban Development (HUD)  against Defendant for housing discrimination based on her disability.  A landlord is prohibited from retaliating against a tenant who has filed a HUD complaint.  "No recipient or other person shall intimidate, threaten, coerce, or discriminate against any person for the purpose of interfering with any right or privilege secured by [part 8 of subtitle A of Title 24 [Nondiscrimination Based On Handicap In Federally Assisted Programs And Activities Of The Department Of

- 1 -

Housing And Urban Development], or because he or she has made a complaint, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under [part 8]. The identity of complainants shall be kept confidential except to the extent necessary to carry out the purposes of [part 8], including the conduct of investigation, hearing or judicial proceeding arising thereunder." 24 C.F.R. 8.56(k).  Moreover, Ms. Essa also enjoys the protection of the California and Federal Fair Housing Act, which states,  "It shall be unlawful to coerce, intimidate, threaten, or interfere with any person in the exercise or enjoyment of, or on account of his having exercised or enjoyed, or on account of his having aided or encouraged any other person in the exercise or enjoyment of, any right granted or protected by section 3603, 3604, 3605, or 3606 of [Title 42 of the United States Code]." 42 U.S.C. § 3617; See also, Cal. Govt. Code § 12955, subd. (f).

Defendant stated it was evicting Ms. Essa for filing complaints with the DFEH.  (See Exhibit A [90 Day Notice dated July 28, 2014] attached to Declaration of Earl Wallace in opposition to Plaintiff's application for TRO.)  Defendant's stated grounds are retaliatory on their face, as a matter of law. The predominate purpose in evicting Ms. Essa is because she exercised her federal rights.  The attempt to terminate Ms. Essa's tenancy should thus be enjoined since, among other things, it constitutes a retaliatory eviction on its face and Defendant is attempting to force Ms. Essa to try her federal question case in a state-court summary proceeding that does not even provide Ms. Essa the right to assert a cross complaint.

### D.  __Statement of Facts__

In 2002 Ms. Essa moved into the Woodbridge Villas Apartments pursuant to a one year lease and with a Section 8 housing assistance voucher.  Over the next nine years Ms. Essa repeatedly asked for a one year lease as a "reasonable accommodations" request. Defendant refused. (See Essa Decl. ¶ ¶ 4-6.)  There were several other incidents that occurred that Ms. Essa believed were retaliatory

- 2 -

including requiring Ms. Essa to remove her wheelchair from her car port while other tenants were permitted to store miscellaneous items without being required to move them.  The following timeline illustrates the discriminatory conduct of Defendant and the retaliation in which Defendant engaged (See Essa Decl. ¶ ¶ 16-30.):

- March 11, 2011, Ms. Essa filed a HUD complaint Case No. 09-11-0612. Ms. Essa was not represented in the complaint process. Defendant was represented by attorney Greg Hurley;

- During the investigative process, Greg Hurley[1] falsely stated to the HUD investigators that the Irvine Co. could not offer Ms. Essa a one year lease because she was being investigated for housing fraud and it would be too difficult to evict her if she was on a one year lease if she was found guilty of housing fraud.[2]

- February 2, 2012 HUD sent a letter issuing a no finding of discrimination. This matter was subsequently reopened on June 5, 2012 for further investigation and review;

- John Hambuch, the manager of the Orange County Housing Authority noted that every Section 8 tenant at the Woodbridge Apartment Villas had a one year lease, except Ms. Essa.

- February 16, 2012, approximately two weeks after HUD notified Defendant the case was closed, Plaintiff received a 90 day notice to terminate her tenancy, no cause was listed;

---

[1] The investigator requested that attorney Hurley provide additional information regarding the accusation of housing fraud, Mr. Hurley refused to respond to that request.

[2] Greg Hurley informed the HUD investigators that the Irvine Co. could not offer Ms. Essa a one year lease because she was being investigated for housing fraud and it would be too difficult to evict her if she was on a one year lease if she was found guilty of housing fraud.  The HUD investigator contacted the Orange County District Attorney to investigate the housing fraud allegation. The DA investigator denied that Ms. Essa was a subject of a housing fraud investigation.  The HUD investigator next inquired of John Hambuch, the manager of the Orange County Housing Authority. Mr. Hambuch denied that Ms. Essa was ever investigated for housing fraud and added that he had no reports from the Irvine Co. that Ms. Essa violated any terms of her rental agreement.

- February 17, 2012, Ms. Essa filed another HUD complaint, Case No. 09-12-0558, alleging more discriminatory conduct. Again, Ms. Essa was unrepresented. The Irvine Company was represented by a team of lawyers;

- May 17, 2012 Defendant filed an unlawful detainer against Ms. Essa seeking to have her evicted from her home. After Ms. Essa secured a pro bono attorney, the Irvine Company dismissed the eviction;

- September 26, 2013 the original HUD complaint, Case No. 09-11-612 was closed;

- October 22, 2013 Defendant finally stated to Ms. Essa that it would offer her the one year lease that she had been requesting as a reasonable accommodation for years.

- October 26, 2013 Ms. Essa asked to see a copy of the proffered one year lease. Defendant did not provide it to her.

- October 31, 2013 Defendant advised her that she was going to be receiving a month to month agreement.

- November 5, 2013 Ms. Essa sent another reasonable accommodation requesting a one year lease so she could plan necessary medical treatment and have long term housing in place. There was no response to the reasonable accommodations request.

- December 22, 2013 Ms. Essa received a 90 day notice to terminate her tenancy. No cause was stated.

- March 28, 2014 Defendant filed an unlawful detainer complaint against Ms. Essa.

- July 16, 2014 Defendant abruptly dismissed the unlawful detainer complaint.

- July 28, 2014, Defendant served Ms. Essa with yet another 90 day notice. This notice contained outlandish, unsubstantiated accusations

including terminating Ms. Essa's tenancy for "requesting that management assist you with cooking a turkey." However most telling in the 90 day notice is that tenancy is being terminated because, *"You filed several false and frivolous complaints with the Department of Fair Employment and Housing against the landlord and management staff, which resulted in the landlord incurring substantial attorney's fees and costs."*(Emphasis added.)

- October 24, 2014 Ms. Essa filed the federal lawsuit.

Ms. Essa is a severely disabled tenant in good standing that timely pays her rent. For the past two years, Defendant has served Ms. Essa with at least three 90-day termination notices.  The various stated reasons for the tenancy termination differs among the various notices.  All of the reasons identified in the notices are (A) retaliatory on their face; (B) insufficient to terminate a Section 8 tenancy; (C) Pretext reasons that belie the truth of unlawful conduct; or (D) all of the above.

## III.   THIS COURT HAS THE POWER TO ENJOIN DEFENDANT FROM FILING AN UNLAWFUL DETAINER ACTION AGAINST MS. ESSA IN STATE-COURT   .

Plaintiff Carol Essa, is an individual with serious known and obvious disabilities, including but not limited a history of brain tumors, brain surgeries, neck, back surgeries and chronic pain.  Plaintiff, who ambulates with the aid of a walker and often uses a wheelchair, has filed the above action to obtain relief from Defendant's discriminatory housing practice.  42 U.S.C. § 3613.

The court, in a section 3613 action, may grant "any permanent or temporary injunction, temporary restraining order, or other order (including an order enjoining the defendant from engaging in [a discriminatory housing] practice or ordering such

1   affirmative action as may be appropriate)." 42 U.S.C. § 3613 (c)(1).  "The statute

2   provides that such equitable relief may be granted 'as the court deems appropriate,'

3   thereby confirming that equitable relief under §3613 is a matter committed to the

4   sound discretion of the court. [citation]." *Na'im v. Sophie's Arms Fine Residences,*

5   *LLC*, 2013 U.S. Dist. LEXIS 188045 (S.D. Cal. Nov. 18, 2013).

6       A Court's power to enjoin the initiation of unlawful detainer actions is well-

7   recognized in both state and federal courts.  E.g. *Booker v. Johnson*, 2010 U.S. Dist.

8   LEXIS 69733 (S.D. Ohio June 22, 2010);  *Cousins v. Bray*, 297 F. Supp. 2d 1027,

9   1041 (S.D. Ohio 2003);  *Park Village Apartment Tenants Assn. v. Mortimer Howard*

10  *Trust*, 636 F.3d 1150, 1159 (9th Cir. 2011); *McElwain v. Glatt,* 2014 U.S. Dist.

11  LEXIS 119083 (C.D. Cal. July 28, 2014)*;* and so forth.

12      "Federal Courts have quite consistently held the [Anti-Injunction] Act does

13  not preclude a federal court from enjoining parties from commencing state

14  proceedings which have not already been begun at the time the injunction is issued."

15  *Roth v. Bank of Commonwealth,* 583 F. 2d 527, 531-32 (6th Cir. 1978).  State courts

16  are in accord. *Aweeka v. Bonds*, 20 Cal. App. 3d 278, 282 (Cal. App. 1971)

17  (preliminary injunction may be sought to halt a retaliatory eviction).

18

19  **II.    PLAINTIFF    HAS    MADE    THE    STATUTORY    SHOWING**

20  **SUPPORTING AN INJUNCTION.**

21      A preliminary injunction may be granted at any time before judgment upon a

22  verified complaint, or upon affidavits if the complaint in the one case, or the

23  affidavits in the other, show satisfactorily that sufficient grounds exist therefor.  In

24  the Ninth Circuit, to obtain injunctive relief, "the moving party must show either (1)

25  a combination of probable success on the merits and the possibility of irreparable

26  harm, or (2) the existence of serious questions going to the merits and the balance of

27  hardships tipping in its favor.  *Vision Sports, Inc. v. Melville Corp*., 888 F.2d 609,

28  612 (9th Cir. 1989).  These two formulations represent two points on a sliding scale

1  in which the required degree of irreparable harm increases as the probability of

2  success decreases.  *Dep't of Parks & Rec. v. Bazaar Del Mundo, Inc.*, 448 F.3d

3  1118, 1123 (9th Cir. 2006).  See also, *Winter v. Natural Resources Defense Council,*

4  *Inc.*, 555 U.S. 7, 21 (2008).  Plaintiff has met her burden

5      As shown below, the grounds for issuing an injunction precluding Defendant,

6  or its agents or employees from evicting Ms. Essa during the pendency of this case

7  are many.

8      **A.    Plaintiff Has Shown A Probability Of Prevailing On The Merits**

9      The Fair Housing Act broadly prohibits discrimination against persons with

10  disabilities.   42 U.S.C. § 3604(f).   Plaintiff has alleged that Defendant denied

11  Plaintiff's request for a reasonable accommodation for a year lease and denied her

12  reasonable request to park her wheelchair in her carport.  Plaintiff alleges that other,

13  non-handicapped persons are allowed to store non-motor vehicles in their carport

14  and are offered year leases, and that these decisions were based on her disability and

15  the denials thus also constitute disability discrimination.    Plaintiff alleged that

16  Defendant's management of the Apartment demanded she remove her wheelchair

17  from her carport but allowed other non-disabled tenants to store other property in

18  their carports.   Ms. Essa was denied a reasonable accommodation request that

19  Defendant trim the tree branches of common-area trees that hang over her patio

20  because the debris creates a tripping hazard. Ms. Essa was given a 90 day notice to

21  terminate because she complained to HUD regarding these issues.

22      **1.    Defendant's Own Admissions Indicate Defendant Discriminated**

23          **Against Plaintiff**

24      Defendant wants to evict Plaintiff because she complained to HUD about the

25  housing discrimination and because she is disabled.

26      **2.    Defendant's Actions Were Retaliatory**

27      As described in the Complaint and hereinabove, Defendant is attempting to

28  terminate Ms. Essa's tenancy in retaliation for her invocation of her right's under

federal law.  Defendant is also attempting to terminate Ms. Essa's tenancy in retaliation for her reasonable requests for accommodation as a disabled person.

In its latest 90-day notice, Defendant alleges seven reasons for terminating Plaintiff's tenancy.  Most of the reasons fail to state facts sufficient to identify the alleged conduct.  Nor do they provide the reader with any details to indicate time of alleged conduct.  Plaintiff has not had contact with the management in more than one year, so the majority of the alleged conduct is stale, at best.  The most recent 90 day notice seeks to terminate Plaintiff's tenancy for filing a "frivolous lawsuit," against Defendant.  The only lawsuit filed by Plaintiff against Defendant was a small claims action Plaintiff *filed in 2009*, for breaking her belongings, in which Defendant offered Plaintiff a settlement of $3,000.

Any allegations that Plaintiff failed to pay her water bill in full took place more than one year ago.  Plaintiff was never given a warning about her clutter, other than the warnings about her wheelchair in the carport and the religious items on her porch.  So the only operative reason that Defendant had to terminate Plaintiff's tenancy is Defendant's stated reason that Plaintiff filed several "complaints with the Department Of Fair Housing And Employment against the landlord and management staff…."  It is unlawful to retaliate against a person for filing a HUD complaint.  24 C.F.R. 8.56(k) and 42 U.S.C. § 3617.  To establish a prima facie claim of retaliation, a plaintiff must show that she was engaged in protected activity, that the defendant was aware of this activity, that the defendant took adverse action against the plaintiff, and a causal connection exists between the protected activity and the adverse action, i.e., that a retaliatory motive played a part in the adverse employment action.  See *Reg'l Econ. Cmty. Action Program, Inc. v. City of Middletown*, 294 F.3d 35, 54 (2nd Cir. 2002).

Here, Plaintiff proved that she filed a HUD complaint, and Defendant admits it was aware of her complaint.  Defendant wrote in its 90 day tenancy termination notice that it was taking the adverse action because of Plaintiff's complaint.  A

- 8 -

causal connection is clearly established.

**B.**    **Plaintiff Is Likely To Suffer Irreparable Harm In The Absence Of Preliminary Relief**

An injunction is proper where it appears by the complaint and affidavits that the conduct to be enjoined would cause irreparable injury. Unlawfully ousting Ms. Essa from her apartment will cause great irreparable injury as irreparable injury is presumed.  See *Kaufman v. Goldman*, 195 Cal.App.4th 734, 743-744 (Cal. App. 2011) (damages for breach of lease inadequate).

Where, as here, a plaintiff faces eviction from her home, irreparable harm is shown by this fact alone.  *Park Village Apartment Tenants Association v. Mortimer Howard Trust*, 636 F.3d 1150, 1159 (9th Cir. 2010); see also, *Na'im v. Sophie's Arms Fine Residences, LLC*, 2013 U.S. Dist. LEXIS 188045 (S.D. Cal. Nov. 18, 2013).  Courts have made it clear that it is undisputed that, as a matter of law, "plaintiffs are harmed if they are evicted from their homes…"  *Wadhwa v. Aurora Loan Services, LLC*, 2011 U.S. Dist. LEXIS 73949, 2011 WL 2681483, at *2 (E.D. Cal. July 8, 2011); *Castillo v. Skoba*, 2010 U.S. Dist. LEXIS 108432, 2010 WL 3986953, at *4 (S.D. Cal. Oct. 10, 2010) ("It is clear that Plaintiff will suffer irreparable harm if his residence is sold."); *Jackmon v. America's Servicing Co.*, 2011 U.S. Dist. LEXIS 93696 (N.D. Cal. Aug. 22, 2011).  There is no doubt that here, this harm is imminent.

**1.**    **The mere filing of an unlawful detainer damages the tenant's rental credit file**

The Defendant has filed two frivolous unlawful detainers against Ms. Essa in the past two years. Ms. Essa will have an exceptionally difficult time finding a suitable apartment for her to rent based on the previous two unlawful detainers filed against her. (See Romo Decl. ¶ 6.)   A third unlawful detainer filed against Ms. Essa, regardless of the outcome, will substantially diminish her housing opportunities to

transient type housing such as a motel, or buildings where there are high vacancy rates due to the condition or location of the housing. (See Romo Decl. ¶ 6.)

Owners, operators and managers of rental property routinely run a potential tenant through a background check that includes searching the court records for evictions.  Most reputable landlords will not rent to a tenant that had a recent unlawful detainer filed against them regardless of the outcome. (See Romo Decl. ¶ 7.)   A tenant that had two recent unlawful detainers filed in such a short period of time, would not be a successful applicant and would not meet the basic screening requirements for a reputable apartment management company.

A third unlawful detainer filed in as many years would be an insurmountable obstacle for Ms. Essa to overcome. Even if Ms. Essa successfully defended the unlawful detainer case or the Irvine Company dismissed yet a third time, it would irreparably harm Ms. Essa in that she would most likely have to move to an undesirable housing situation. (See Romo Decl. ¶ 7.)

Additionally, Ms. Essa's Section 8 housing voucher will be at risk if she is unsuccessful in the unlawful detainer trial.  Tenants that are evicted usually lose their Section 8 housing voucher as there is an allegation that there was a serious violation of the lease agreement. (See Romo Decl. ¶ 8.)

**2.      Ms. Essa's health is too precarious to move at the present time**

Ms. Essa simply cannot physically comply with the 90 day notice.  She is in the untenable position to either vacate her home of 12 years or defend herself in a third frivolous unlawful detainer.

Ms. Essa has a very tortured and complicated medical history, including, brain injuries, post-traumatic stress disorder, encephalomalacia, occipital neuralgia, cervical, thoracic and lumbar injuries.  (See Essa Decl. ¶ 7.)   Ms. Essa is presently being treated for her unstable cervical spine and head pain and moving would cause increased pain, suffering, and mental stress which will complicate her care and prolong her treatment course. (See Dr. Long Decl. ¶ 3.)

In addition to her physical condition that would worsen if Ms. Essa were forced from her home, Ms. Essa would also suffer great emotional damage if she were forced to contemplate being evicted. Ms. Essa's stress level has gone up making it more difficult for her to regulate her emotions. (See Decl. of Mariana Thomas ¶ 7.)   Ms.   Essa's ability to think, plan, and make decisions are all compromised by her present condition which is further worsened by her current treatment. Requiring Ms. Essa to move in her frail condition will cause irreparable physical injury and further permanent disabilities.  (See Decl. of Mariana Thomas ¶¶ 7-8.)

**3.    Defendant is threatening to, is about to, and is procuring to evict plaintiff from the property in violation of plaintiff's rights with respect to her possessory interest in the property, and tending to render a judgment ineffectual**

An injunction is proper where "it appears, during the litigation, that a party to the action is doing, or threatens, or is about to do, or is procuring or suffering to be done, some act in violation of the rights of another party to the action respecting the subject of the action, and tending to render the judgment ineffectual."  Cal. Code Civ. Proc., § 526, subd. (a) (3).  Here, Defendant is threatening to, is about to, and is procuring or suffering to evict Ms. Essa from the Apartment in violation of Ms. Essa's rights with respect to her possessory interest in the Apartment.  If Ms. Essa is not allowed to stay in her Apartment during the course of this action, her judgment herein will be meaningless as she would have already been forced to move from the Apartment.

**4.    Pecuniary compensation would not afford adequate relief and it would be extremely difficult to ascertain the amount of compensation that would afford adequate relief**

An injunction is proper where "pecuniary compensation would not afford adequate relief" or where it would be extremely difficult to ascertain the amount of

1  compensation which would afford adequate relief.   Cal. Code Civ. Proc., § 526,

2  subds. (a) (4) & (5).   As described above, this case regards Ms. Essa's dwelling.

3  The inadequacy of pecuniary relieve is irrebuttably presumed. *Kaufman, supra,* 195

4  Cal.App.4th at p. 743; see Cal. Civ. Code, § 3387 [presumed that breach of

5  agreement to transfer real property cannot be adequately relieved by pecuniary

6  compensation]; see also *Foreman & Clark Corp. v. Fallon*, 3 Cal.3d 875, 880

7  (1971).

8

9  **C.**   **The Balance Of Equities Tips In Plaintiff's Favor**

10       If a preliminary injunction is not issued, then Plaintiff will face the threat of

11  eviction and the prospect of homelessness.  "Simply put, the threatened injury to

12  Plaintiff far outweighs any potential harm to Defendants…" *Na'im v. Sophie's*

13  *Arms Fine Residences, LLC*, 2013 U.S. Dist. LEXIS 188045 (S.D. Cal. Nov. 18,

14  2013)  A restriction on Defendant's ability to evict Plaintiff "until this Court can

15  make a determination of the action on the merits is at most a nominal hardship, if a

16  hardship at all[, i]n light of the fact that Plaintiff is current on her rent, and has

17  assured the Court that she intends to continue paying rent." *Id*.

18       Defendant's harm, at most will be an economic one.  This harm is much less

19  than the harm of losing one's home. *Jackmon v. America's Servicing Co.*, 2011

20  U.S. Dist. LEXIS 93696 (N.D. Cal. Aug. 22, 2011).  As a matter of law, the balance

21  of equities tips sharply in Plaintiff's favor. *Immigrant Assistance Project of the L.A.*

22  *County of Fed'n of Labor v. INS*, 306 F.3d 842, 873 (9th Cir. 2002); *Roe v.*

23  *Anderson*, 134 F.3d 1400, 1402 (9th Cir. 1998); *Wadhwa v. Aurora Loan Servs.*,

24  LLC, 2011 U.S. Dist. LEXIS 73949 (E.D. Cal. July 8, 2011); *Jackmon v. America's*

25  *Servicing Co.*, 2011 U.S. Dist. LEXIS 93696 (N.D. Cal. Aug. 22, 2011).

26

27

28

### D.   An Injunction Is In The Public Interest

"Plaintiff has met her burden of establishing that the preliminary injunction is in the public interest, for the public interest has been authoritatively declared by Congress in its enactment of 42 U.S.C. § 3601 et seq." *Na'im v. Sophie's Arms Fine Residences, LLC*, 2013 U.S. Dist. LEXIS 188045 (S.D. Cal. Nov. 18, 2013) (noting that "the Fair Housing Act permits the Attorney General to "vindicate the public interest" while simultaneously allowing private persons to enforce the Fair Housing Act. 42 U.S.C. §§3613 and 3614(d)(1)().).

.

### III.   A PRELIMINARY INJUNCTION IS WARRANTED.

### A.   A Preliminary Injunction Preventing Eviction Will Maintain The Status Quo Until Adjudication On The Merits.

"The general purpose of ... an injunction is the preservation of the status quo until a final determination of the merits of the action." *Continental Baking Co. v. Katz*, 68 Cal. 2d 512, 528 (Cal. App. 1968).  "It merely determines that the court, balancing the respective equities of the parties, concludes that, pending a trial on the merits, the defendant should or that he should not be restrained from exercising the right claimed by him.' [quotations]." (*Ibid.*)   In the present case, issuing an injunction restraining Defendant from evicting Ms. Essa absent court order will serve this very purpose.  Ms. Essa is currently residing at the Apartment, and the order will maintain the status quo but allowing her to remain at the Property with her continued payment of rent.

**Here, the requested injunction:**

- Is Prohibitory In Nature to prohibit Defendant from improperly evicting or seeking to improperly evict Ms. Essa;

- Will Maintain the Status Quo since Ms. Essa currently resides at the Apartment;

- Causes No Harm To (And Will Benefit) Defendant since

Defendant has indicated it has no valid reason for terminating Ms. Essa's tenancy and Defendant will continue to collect rent from Ms. Essa;

- <u>If Not Granted, Would Cause Plaintiff Irreparable Harm</u> by causing Ms. Essa to move from her primary residence; and

- <u>Is Supported By Facts Indicating Ultimate Success On The Merits</u> Ms. Essa made several reasonable accommodations requests that were ignored. After Ms. Essa complained to HUD, the Defendant engaged retaliatory acts to drive Ms. Essa from her home.

Ms. Essa has shown likelihood of success on the merits. Defendants will not be harmed, and indeed will benefit from Ms. Essa's continued tenancy, whereas Ms. Essa will be irreparably harmed. All factors favor granting the injunction. See *Salsedo v. Department of Parks & Recreation,* 175 Cal. App. 4th 1510, 1523 Cal. App. 2009).

Defendant is further protected from harm because if, over time, circumstances change, this Court may modify it as it sees fit or Defendant may seek court order upon a change in circumstances. *Huntingdon Life Sciences, Inc. v. Stop Huntingdon Animal Cruelty USA, Inc.*, 129 Cal. App. 4th 1228, 1249 (Cal. App. 2005) ["preliminary injunction is a provisional remedy… trial court 'possesses the inherent power to modify its preliminary injunction….' [citations.]"].

## B.   THE DECISION BY THE OFFICE OF FAIR HOUSING REGARDING PLAINTIFF'S HUD COMPLAINT HAS NO BEARING ON THIS CASE OR THE APPLICATION FOR A TRO

Filing a Complaint with the Fair Housing Office is no bar to filing suit. In fact, the authority squarely supports Ms. Essa's position: that filing a complaint with the Fair Housing Office has no bearing on a person's right to file suit in court. See *Johnson v. Decker*, 333 F. Supp. 88, 89 (N.D. Cal. 1971) (there is no election of remedies that forecloses suit under § 3612 based on a filing of a HUD complaint under § 3610).

Section 810 of Fair Housing Act of 1968 (42 U.S.C. § 3610) "is not structured to keep complaints brought under it from reaching federal courts or even to assure that administrative process runs its full course." *Gladstone, Realtors v. Bellwood*, 441 U.S. 91, 103 (U.S. 1979). Section 810 gives a person the right to peruse an action in federal court merely because she is dissatisfied with decision of the Department of Housing and Urban Development. *Gladstone, Realtors v. Bellwood*, 441 U.S. 91, 104 (U.S. 1979). The decision of the housing authority to not pursue a complaint has no bearing on a complaint's right to commence action. *Id.*

## IV.   <u>CONCLUSION.</u>

As described above, Ms. Essa has met the statutory requirements for granting a preliminary injunction. In addition, forcing Ms. Essa to move out or to defend a second action for unlawful detainer while this action is pending and before this matter is heard would cause irreparable injury to Ms. Essa in that any order forbidding the Defendant from evicting Ms. Essa would be useless once she has moved out.

Ms. Essa thus respectfully requests that this Court issue a preliminary injunction as set forth in the attached Notice of Motion and the proposed Order.


Dated:  November 7, 2014          Respectfully Submitted,


_____

MARGARET ELDER
Attorney for Plaintiff

# Table of Contents

I.   INTRODUCTION AND STATEMENT OF FACTS ............................. 1

    C.   Introduction ................................................................ 1

    D.   Statement of Facts ....................................................... 2

III.   THIS COURT HAS THE POWER TO ENJOIN DEFENDANT FROM FILING AN UNLAWFUL DETAINER ACTION AGAINST MS. ESSA IN STATE-COURT   ........................................................ 5

II.   PLAINTIFF HAS MADE THE STATUTORY SHOWING SUPPORTING AN INJUNCTION .................................................. 6

    A.   Plaintiff Has Shown A Probability Of Prevailing On The Merits . 7

        1.   Defendant's Own Admissions Indicate Defendant Discriminated Against Plaintiff ................................ 7

        2.   Defendant's Actions Were Retaliatory ..................... 7

    B.   Plaintiff Is Likely To Suffer Irreparable Harm In The Absence Of Preliminary Relief ....................................................... 9

        1.   The mere filing of an unlawful detainer damages the tenant's rental credit file ................................ 9

        2.   Ms. Essa's health is too precarious to move at the present time ....................................................... 10

        3.   Defendant is threatening to, is about to, and is procuring to evict plaintiff from the property in violation of plaintiff's rights with respect to her possessory interest in the property, and tending to render a judgment ineffectual ..................... 11

        4.   Pecuniary compensation would not afford adequate relief and it would be extremely difficult to ascertain the amount of compensation that would afford adequate relief ............... 11

    C.   The Balance Of Equities Tips In Plaintiff's Favor ..................... 12

    D.   An Injunction Is In The Public Interest ................................. 13

III.   A PRELIMINARY INJUNCTION IS WARRANTED. ......................... 13

    A.   A Preliminary Injunction Preventing Eviction Will Maintain The Status Quo Until Adjudication On The Merits. ......................... 13

    B.   THE DECISION BY THE OFFICE OF FAIR HOUSING REGARDING PLAINTIFF'S HUD COMPLAINT HAS NO BEARING ON THIS CASE OR THE APPLICATION FOR A TRO ............................................................... 14

IV.   CONCLUSION. ......................................................... 15

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# TABLE OF AUTHORITIES

**Cases**

*Aweeka v. Bonds,*
  20 Cal. App. 3d 278 (Cal. App. 1971) ................................................... 6

*Booker v. Johnson,*
  2010 U.S. Dist. LEXIS 69733 (S.D. Ohio June 22, 2010) ..................................... 6

*Castillo v. Skoba,*
  2010 U.S. Dist. LEXIS 108432, 2010 WL 3986953 (S.D. Cal. Oct. 10, 2010) .... 9

*Continental Baking Co. v. Katz,*
  68 Cal. 2d 512 (Cal. App. 1968) ...................................................... 13

*Cousins v. Bray,*
  297 F. Supp. 2d 1027 (S.D. Ohio 2003) ................................................. 6

*Dep't of Parks & Rec. v. Bazaar Del Mundo, Inc.,*
  448 F.3d 1118 (9th Cir. 2006) ........................................................ 7

*Foreman & Clark Corp. v. Fallon* (1971)
  3 Cal.3d 875 ....................................................................... 12

*Gladstone, Realtors v. Bellwood,*
  441 U.S. 91 (U.S. 1979) ........................................................ 14, 14-15

*Huntingdon Life Sciences, Inc. v. Stop Huntingdon Animal Cruelty USA, Inc.,*
  129 Cal. App. 4th 1228 (Cal. App. 2005) ............................................. 14

*Immigrant Assistance Project of the L.A. County of Fed'n of Labor v. INS,*
  306 F.3d 842 (9th Cir. 2002) ........................................................ 12

*Jackmon v. America's Servicing Co.,*
  2011 U.S. Dist. LEXIS 93696 (N.D. Cal. Aug. 22, 2011) ............................. 9, 12

*Johnson v. Decker,*
  333 F. Supp. 88 (N.D. Cal. 1971) .................................................... 14

*Kaufman v. Goldman,*
  195 Cal.App.4th 734 (Cal. App 2011) ............................................... 9, 12

*McElwain v. Glatt,*
  2014 U.S. Dist. LEXIS 119083 (C.D. Cal. July 28, 2014) ............................... 6

*Na'im v. Sophie's Arms Fine Residences, LLC,*
  2013 U.S. Dist. LEXIS 188045 (S.D. Cal. Nov. 18, 2013) ......................... 6, 12, 13

*Park Village Apartment Tenants Assn. v. Mortimer Howard Trust,*
  636 F.3d 1150 (9th Cir. 2011) ...................................................... 6, 9

*Reg'l Econ. Cmty. Action Program, Inc. v. City of Middletown,*
  294 F.3d 35 (2nd Cir. 2002) .......................................................... 8

*Roth v. Bank of Commonwealth*,
  583 F. 2d 527 (6th Cir. 1978) .................................................................. 6

*Salsedo v. Department of Parks & Recreation*,
  175 Cal. App. 4th 1510 Cal. App. 2009) ................................................ 14

*Vision Sports, Inc. v. Melville Corp.*,
  888 F.2d 609 (9th Cir. 1989) .................................................................. 6

*Wadhwa v. Aurora Loan Services, LLC*,
  2011 U.S. Dist. LEXIS 73949, 2011 WL 2681483 (E.D. Cal. July 8, 2011) ... 9, 12

*Winter v. Natural Resources Defense Council, Inc.*,
  555 U.S. 7 (2008).................................................................................... 7

**Statutes**

Cal. Civ. Code, § 3387.............................................................................. 12

Cal. Code Civ. Proc., § 526 ...................................................................... 12

42 U.S.C. § 3601 ...................................................................................... 13

42 U.S.C. § 3603 ........................................................................................ 2

42 U.S.C. § 3604.................................................................................... 2, 7

42 U.S.C. § 3605 ........................................................................................ 2

42 U.S.C. § 3606 ........................................................................................ 2

42 U.S.C. § 3610 ...................................................................................... 14

42 U.S.C. § 3613...............................................................................5, 6, 13

42 U.S.C. § 3614 ...................................................................................... 13

42 U.S.C. § 3617.................................................................................... 2, 8

**Federal Regulations**

24 C.F.R. 8.56......................................................................................... 2, 8

Margaret Elder (SBN 177424)
Chandra Gehri Spencer (SBN 184010)
ELDER & SPENCER, LLP
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Tel:  (213) 631-8331
Fax:  (888) 422-8027

Melinda Luthin (SBN 254071)
MELINDA LUTHIN LAW
2721 E Coast Highway Ste 201
Corona Del Mar, CA 92625
Tel:   (949) 673-1161
Fax:  (949) 673-1139

(See Additional Counsel Attachment)
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CAROL ESSA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br><br><br><br><br> THE IRVINE COMPANY APARTMENT COMMUNITIES, INC., a Delaware corporation, <br><br> Defendant. | Case No.:  8:14-cv-01716 <br><br> **DECLARATION OF CAROL ESSA IN SUPPORT OF REQUEST FOR PRELIMINARY INJUNCTION** <br><br> [Filed concurrently with OPENING BRIEF] |

ADDITIONAL COUNSEL REPRESENTING PLAINTIFF:

Alexandria Christian Phillips (SBN 165056)
P.O. Box 4795
Laguna Beach, CA 92652
Tel:  (949) 533-6112
Fax:  (949) 266-9230

-ii-

## DECLARATION OF CAROL ESSA

I, CAROL ESSA, declare:

1. I am over the age of eighteen and am the Plaintiff in this action. I have personal knowledge of the facts stated within this declaration except those stated on information and belief and, as to those matters, I believe them to be true. If so called, could and would testify competently hereto.

2. I live in apartment 21-A of the Woodbridge Villa Apartments, at 10 Thunder Run, in Irvine, California ("My Apartment").

3. I am informed and believe that Woodbridge Villa Apartments is owned by the defendant, The Irvine Company Apartment Communities, Inc.

4. I have lived in My Apartment for 12 years, since 2002.

5. My tenancy at My Apartment was originally pursuant to a one year lease.

6. I requested to have my year lease renewed but the management of the Woodbridge Villa Apartments refused.

7. I suffer from Post Traumatic Stress Disorder, Traumatic Brain Injuries, Encephalomalacia, Occipital neuralgia, (Chronic Occipital Headaches) Cervical, Thoracic & Lumbar Injuries.

8. My Traumatic Brain Injuries causes the following side effects:
   a. Memory Problems
   b. Organization Problems
   c. Difficulty Concentrating
   d. Problems with Emotional Regulation
   e. Word Finding
   f. Impaired Judgment
   g. Emotional Lability
   h. Hypersensitivity

-1-

i. Impaired Executive Function

j. Anxiety & Depression

9. I am currently being treated for my Occipital Neuralgia with the following procedures

    a. Diagnostic Blocks – Greater Occipital, Upper Cervical Facet Blocks C2-C3, C3-C4 Lower Cervical Facet Blocks C4-C5 C6-C7, C2 and C3 Nerve Root Blocks Bilaterally, C5, C6, C7 nerve root blocks bilaterally & Occiput-C1 and C1-C-2 blocks, L3- L4. L5-S1 which have been administered by Dr. Raja or at one time, it was done by Dr. Long.

    b. Occipital Radiation, (Radiofrequency Denervation) at C2-3, C3-4, C6-7 C7-T-1, L5-S1 which is administered by Dr. Raja.

    If the Radiofrequencies are unsuccessful, the next alternative would be the consideration of fusion: To extend my C4-5-6 Fusion upward to C2-C3/C-3-C-4 as well as downwards a level. It would be a drastic change in my lifestyle, should I need such An operation & would take an additional over 6 months to recover.

10. In September 2006, while being treated for a CT Mylogram, I was dropped from a gurney and sustained severe Occipital injuries, and exacerbated my cervical & lumbar injuries.

11. My Occipital injuries causes the following side effects:

    a. Inability daily functioning

    b. Tormenting Constant Pain

    c. Loss of Balance

    d. Incontinence

    e. Dependence of others for assistance

-2-

f. Headaches and shooting pain behind my eyes

g. Pain which causes mood disturbances

h. Inhibits social activities and relationships

i. Affects my arms, functions of hands & fingers, often drop objects

12.     Because of my current condition and treatment, as well as the above-described side effects I am enduring, I have not been able to look for alternate housing. Nor have I been strong enough to pack or plan for a move.

13.     Because of my current condition and treatment, as well as the above-described side effects I am enduring, I am not physically or emotionally able to move my home of 12 years.

14.     My doctors have told me that I need to focus on my health, and the emotional toll that the threatened eviction and possibility of moving my home is detrimental to my getting better.

15.     Because my current treatment is scheduled to last until February and recovery would be at least six months, I cannot move until after that time.

16.     On March 11, 2011 I filed a HUD complaint Case No. 09-11-0612. I was not represented in the complaint process. Defendant was represented by attorney Greg Hurley.

17.     On February 2, 2012 HUD sent a letter issuing a no finding of discrimination. This matter was subsequently reopened on June 5, 2012 for further investigation and review.

18.     On February 16, 2012, approximately two weeks after HUD notified Defendant the case was closed, I received a 90 day notice to terminate my tenancy, no cause was listed.

19.     On February 17, 2012, I filed another HUD complaint, Case No. 09-12-0558, alleging more discriminatory conduct. I was unrepresented. The Irvine Company was represented by a team of lawyers.

-3-

20.   On May 17, 2012 Defendant filed an unlawful detainer against me seeking to have me evicted from my home.  After I secured a pro bono attorney, the Irvine Company dismissed the eviction;

21.   On September 26, 2013 the original HUD complaint, Case No. 09-11-612 was closed.

22.   On October 22, 2013 Defendant told me to that it would give me a one year lease that I had been requesting as a reasonable accommodation for years.

23.   On October 26, 2013 I asked to see a copy of the proffered one  year lease.  Defendant did not provide it to me.

24.   On October 31, 2013 Defendant advised me that I was going to be receiving a month to month agreement.

25.   On November 5, 2013 I sent another reasonable accommodation requesting a one year lease so I  could plan necessary medical    treatment and have long term housing in place. There was no response to the reasonable accommodations request.

26.   On December 22, 2013 I  received a 90 day notice to terminate my tenancy.  No cause was stated.

27.   On March 28, 2014 Defendant filed an unlawful detainer complaint against    me.

28.   On July 16, 2014 Defendant abruptly dismissed the unlawful detainer complaint.

29.   On July 28, 2014, Defendant served me with yet another 90 day notice.

30.   On October 24, 2014 Ms. Essa filed the federal lawsuit.

///

///

-4-

DECLARATION OF CAROL ESSA IN SUPPORT OF REQUEST FOR PRELIMINARY INJUNCTION

1    I declare the foregoing is the truth under penalty of perjury of the laws of the

2    United States.  Executed on November 7, 2014 in Irvine, CA.

3    _____

Carol Essa, Declarant

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

-5-

28    DECLARATION OF CAROL ESSA IN SUPPORT OF REQUEST FOR PRELIMINARY INJUNCTION

## DECLARATION OF ELBA ROMO

I, Elba Romo, declare:

1.     I am over the age of eighteen and am not a party to this action.  I have personal knowledge of the facts stated within this declaration except those stated on information and belief and, as to those matters, I believe them to be true.  If so called, I could and would testify competently hereto.

2.     I have been retained by Plaintiff in this matter to provide my opinions regarding rental housing practices as it relates to the filing of an unlawful detainer and a Section 8 housing voucher recipient.

3.     By way of education background and training, I received my Bachelor and Master's degrees from Stanford University. I am a licensed real estate broker with over 13 years' experience in property management in the State of California. I have been appointed numerous times as a real property receiver by the Los Angeles Superior Court.  Attached hereto as Exhibit ___ is a true and correct copy of my current curriculum vitae.

4.     I have managed multiple residential properties over the years and am familiar with industry standards in tenant screening requirements, as well as renting to tenants that are Section 8 recipients.

5.     I reviewed a copy of the unlawful detainer filed by the Irvine Company against Ms. Essa on May 17, 2012 and subsequently dismissed before trial by the Irvine Company. I also reviewed a copy of the unlawful detainer filed by the Irvine Company against Ms. Essa on March 28, 2014 and subsequently dismissed before trial by the Irvine Company.

6.     Based on my knowledge, training and experience, my review of the documents in this case, it is my opinion that the Plaintiff, will have an exceptionally difficult time finding a suitable apartment for her to rent based on the previous two unlawful detainers filed against the Plaintiff by the Irvine Company.  It is my further opinion that if a third unlawful detainer is filed against Ms. Essa, regardless of the outcome, it will substantially diminish her housing opportunities to transient type housing such as a motel, or buildings where there are high vacancy rates due to the condition or location of the housing.

7.      Owners, operators and managers of rental property routinely run a potential tenant through a background check that includes searching the court records for evictions.  Most reputable landlords will not rent to a tenant that had a recent unlawful detainer filed against them regardless of the outcome. In my opinion, a tenant that had two recent unlawful detainers filed in such a short period of time, would not be a successful applicant and would not meet the basic screening requirements for a reputable apartment management company.  A third unlawful detainer filed in as many years would be an insurmountable obstacle for Ms. Essa to overcome. Even if Ms. Essa successfully defended the unlawful detainer case or the Irvine Company dismissed yet a third time, it would irreparably harm Ms. Essa in that she would most likely have to move to an undesirable housing situation.

8.      It is further my opinion that Plaintiff's Section 8 housing voucher will be at risk if she is unsuccessful in the unlawful detainer trial.  Tenants that are evicted usually lose their Section 8 housing voucher as there is an allegation that there was a serious violation of the lease agreement.

9.      Based on all of the foregoing, it is my professional opinion the filing of the third unlawful detainer against Ms. Essa, regardless of the outcome,  will irreparably harm her in that she will not be able to find safe and suitable housing in the near future and she will face the loss of her Section 8 voucher.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 6, 2014 at Huntington Park, California.

Elba Romo

# ELBA ROMO

**6714 Hood Avenue**                                                        **Direct: (213) 604-1099**
**Huntington Park, CA 90255**                                    e-mail: elbaromo@hotmail.com

## EDUCATION

**STANFORD UNIVERSITY**                                                        Palo Alto, CA
Accelerated Co-terminal Graduate Program                                *1/97-3/98*
**Masters of Arts in Anthropology**, GPA 3.8/4.0

**STANFORD UNIVERSITY**                                                        Palo Alto, CA
**Bachelors of Arts in Anthropology, Biology minor**, GPA major 3.74/4.0        *9/93-6/97*
- **Departmental Honors in Anthropology**
- Honors Thesis: "Social Functions of Popular Illnesses of Latin America" Field work in Mexico
- Awarded Anthropology Alumni Grant for Honors Fieldwork (1997)
- Presenter, "Excellence in Undergraduate Research Conference" Santa Clara University (1997)
- Stanford University Galarza Prize for Excellence in Undergraduate Research,  Honorable
  Mention (1995)

**CALIFORNIA STATE UNIVERSITY**                                        Los Angeles, CA
**CA Single Subject Teaching Credential, Biological Sciences**, GPA **3.42/4.0**        *9/98-3/00*
- Writing tutor for undergraduate and graduate students

**Additional Credentials:  Real Estate Broker's license** since 2001, DRE #01273275, expires 2016
                                        **Notary Public** (Commission expires 2016)
                                        Extensive coursework in accounting, economics, and marketing

## PROFESSIONAL/RELEVANT EXPERIENCE

**MAER CONSULTING**                                                        **Bell, CA**
**Principal**                                                                *4/09-Present*
- Provides consulting services in the areas of business management and development, real estate,
  urban planning, and economic development
- Principal serves as a Receiver for the California Superior Court, Los Angeles County

**ROMO REALTY, LLC dba PRO PROPERTIES**                                **Bell, CA**
**Owner/Broker DRE License #01273275**                                *8/01-Present*
- Provide full management services to residential and commercial units representing over 25
  property owners
- Involved and experienced in all aspects of property management
- Negotiate and review contracts for the purchase, sale, and lease of residential and some
  commercial properties
- Manage contracts include Section 8 properties and properties located in rent stabilization areas of
  Los Angeles.
- Monitor contracts to ensure compliance and maximum performance
- Work with various legal counsel to mitigate issues ranging from risk management of potential
  litigation exposure to trial preparation for eviction cases
- Market and manage vacancies and listings
- Conduct interior and exterior property inspections. Create reports for property owners

- Follow through with maintenance issues (both reported and those noted through inspections)
- Maintain work order records
- Coordinate and manage multiple contractors to ensure property preservation and maintenance
- Provide project management services during major rehab or property renovations
- Address and respond to all inquiries, complaints, and problem solve
- Create monthly, quarterly, and annual financial reports for property owners
- Work with governmental agencies in their inspections and addressing and correcting any potential issues or code violations
- Experienced with unlawful detainers, probate, trusts, acquisitions, escrows, and abandonments
- Conduct title searches and analyze property reports to identify encumbrances, and liens affecting properties

**PARAMOUNT HIGH SCHOOL**                                                                 **Paramount, CA**
**Advanced Placement Biology Teacher, Biology Team Leader, Coach**              *8/99-9/09*
- Increased AP Biology's class pass rate every year to over 20% of historical pass rates
- Mentored and nominating recommender for the three students all of whom received the Gates Millennium Scholarship, of 11 scholarships awarded countywide, 3 went to Paramount High School students
- Teacher of the Year Nominee (2007)
- 2007-2009 Biology Team Leader
- Obtained multiple grants for the classroom and schools including "The College Board Inspiration Award." School was one of six national finalists receiving Honorable Mention (2007)
- Recipient, National Society for Neuroscience Teacher Partner Award-one of twelve teachers selected internationally for this award (2006)
- College Board Fellow (2004)
- League Championships in Cross Country both years that I coached

**CHARLES DREW UNIVERSITY**                                                             **Los Angeles, CA**
**Adjunct Professor of Anthropology and Public Health**                         *1/07 – 12/08*
- Taught courses for students preparing to enter various paraprofessional medical fields

**MEDICAL ANTHROPOLOGIST**
**Consultant**                                                                                       *4/99- 3/00*
- Conducted investigations in Los Angeles and in Guatemala regarding patient cases and analysis of healthcare systems

**UNIVERSITY OF CALIFORNIA**                                                            **San Francisco, CA**
**Research Supervisor (Medical Anthropology)**                                   *7/98-6/98*
- Trained and supervised eight research assistants
- Edited and translated work for primary investigator, while taking 25 graduate level quarter units in college

## CIVC LEADERSHIP ROLES
**GREATER LOS ANGELES COUNTY VECTOR CONTROL DISTRICT**       **Santa Fe Springs, CA**
**Trustee**                                                                                            *4/05-12/12*
- Risk Management Committee Chair (4/07-3/12)
- Budget Committee Member, changed budget deficit to surplus the last two years (4/09-3/12)

**CITY OF HUNTINGTON PARK**                                    **Huntington Park, CA**
**Council Member**                                                   *3/05 – 3/09*
**CITY OF HUNTINGTON PARK**                                    **Huntington Park, CA**
**City Clerk**                                                       *4/03 – 3/05*
**CITY OF HUNTINGTON PARK**                                    **Huntington Park, CA**
**Parks and Recreation Commissioner**                               *9/02 – 4/03*

1   Margaret Elder (SBN 177424)
    Chandra Gehri Spenser (SB 184010)
2   ELDER & SPENCER, LLP
    17011 Beach Blvd., Suite 900
3   Huntington Beach, CA 92647
    Tel: (213) 631-8331
4   Fax: (888) 422-8027

5   Melinda Luthin (SBN 254071)
    MELINDA LUTHIN LAW
6   2721 E. Coast Highway, Suite 201
    Corona Del Mar, CA 92625
7   Tel: (949) 673-1161
    Fax: (949) 673-1139

8
9   ATTORNEYS FOR PLAINTIFF

10          IN THE UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

12  CAROL ESSA, an individual,         Case No.: 8:14-cv-01716 JLS (JCGx)

13                  Plaintiff,         Assigned to Courtroom: 10-A

14  vs.                                The Hon. Josephine L. Staton

15  THE IRVINE COMPANY APARTMENT       DECLARATION OF DONLIN M. LONG,
    COMMUNITIES, INC., a Delaware      M.D. IN SUPPORT OF PRELIMINARY
16  corporation,                       INJUNCTION

17                  Defendants.

18

19

20      I, DONLIN M. LONG, MD, declare:

21      1.      I am one of Carol Essa's treating physicians.  My curriculum vitae is attached to

22  this declaration as Exhibit "A."    I have personal knowledge of the facts set forth below and if

23  called to testify thereto, I could competently do so.

24      2.      I am informed that Ms. Essa's landlord, the Irvine Company Apartment

25  Communities, Inc. ("Irvine Company") will be commencing an unlawful detainer action against

26  Ms. Essa.

27
                                        1
28

DEC LONG.wpd                    DECLARATION OF DONLIN M. LONG,, MD
                                IN SUPPORT OF PRELIMINARY INJUNCTION

3.      Ms. Essa is undergoing prolonged treatment on her upper cervical instability as well as prolonged evaluation and treatment for symptomatic management of headache with headache specialist and pain managers.  Ms. Essa  does not have the physical and mental strength to  withstand an immediate  relocation of her  residence.   If the eviction proceeding proceeds and Ms. Essa is forced to immediately relocate her residence, the physical and mental stress on Ms. Essa's extremely frail condition will likely result in increased pain, suffering, and mental stress which will complicate her care and prolong her treatment course. It may prevent successful treatment of her pain.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed this 6th day of November 2014, at Lutherville, Maryland

DONLIN M. LONG, MD

2

DEC LONG.wpd

**DECLARATION OF DONLIN M. LONG, MD
IN SUPPORT OF PRELIMINARY INJUNCTION**

1

**Curriculum Vitae**

Donlin Martin Long, M.D., Ph.D..

**DEMOGRAPHIC INFORMATION**

**Current Appointment:** Distinguished Service Professor of Neurosurgery Emeritus (retired)

<u>**Academic Address**</u>:   Johns Hopkins Medicine
600 N. Wolfe Street
Carnegie Rm 466
Baltimore, MD 21287
Fax: 410-955-6407
E-Mail: dmlong@jhmi.edu

Joppa Green II
2328 W. Joppa Road
Suite 130
Lutherville, MD 21093
Telephone: 410-828-7513
Fax: 410-828-4823
E-Mail: dmlong@mkjd.net
(This practice is <u>not</u> associated with Johns Hopkins Medicine)

<u>**Education and Training:**</u>
1951-52      Jefferson City Junior College, Jefferson City, Missouri

1952-55      University of Missouri, Columbia, Missouri

1955-59      University of Missouri Medical School, Columbia, Missouri
Degree:   M.D.

1960-64      University of Minnesota Graduate School, Minneapolis, Minnesota
Degree:   Ph.D. (Neuroanatomy)

<u>INTERNSHIP</u>:
1959-60      University of Minnesota Hospitals
Department of Surgery
Minneapolis, Minnesota

<u>RESIDENCY</u>:
1960-64      University of Minnesota Health Science Center, Department of Neurosurgery
Minneapolis, Minnesota

1965         Peter Bent Brigham and Children's Hospital Medical Center
Department of Neurological Surgery
Boston, Massachusetts

<u>MILITARY SERVICE</u>: Postdoctoral Research Fellowship
1965-67      USPHSH, N.I.H. Bethesda, Maryland
Clinical Associate

Branch of Surgical Neurology
(Laboratory of Experimental Neuropathology and Neuroanatomical Sciences)

**Professional Experience:**

| | |
|---|---|
| 1967-70 | Chief of Neurosurgery<br>Minneapolis VA Hospital<br>Minneapolis, Minnesota |
| 1967-70 | Assistant Professor, Department of Neurosurgery<br>University of Minnesota Hospitals<br>Director of Pediatric Neurosurgery |
| 1970-73 | Associate Professor, Department of Neurosurgery<br>University of Minnesota Hospitals |
| 1973 to<br>present | Professor of Neurosurgery<br>The Johns Hopkins University School of Medicine |
| 1973-2000 | Neurosurgeon-in-Chief, Department of Neurosurgery<br>The Johns Hopkins Hospital |
| 1973-2000 | Professor and Director, Department of Neurosurgery<br>The Johns Hopkins University School of Medicine |
| 1973-2010 | Active Staff, Department of Neurosurgery<br>Johns Hopkins Bayview Medical Center |
| 1976-2010 | Principal Staff, Applied Physics Laboratory<br>The Johns Hopkins University |
| 1977-2010 | Active Staff The Kennedy Krieger Institute |
| 2001-2010 | Distinguished Service Professor - Johns Hopkins University School of Medicine |
| 2010 to<br>Present | Distinguished Service Professor Emeritus Johns Hopkins University School of Medicine<br>Dr. Long retired from Johns Hopkins Medicine 6-30-2010. He remains active in<br>research and teaching at Johns Hopkins. |

## Articles

1. Long DM:   Anesthetic management of patients with trauma.   Missouri Medicine
   57:1014-1018, August, 1960.

2. Long DM, Watson CG and French LA:   Pregnancy after successful treatment of a patient with a
   chromophobe adenoma.   The Journal-Lancet 81(2):83-85, February, 1961.

3. Long DM, Leonard AS, Nicoloff DM, French LA and Wangensteen OH:   Hypothalamic lesions
   and acute gastric ulceration.   Surgical Forum 12:384-385, October, 1961.

4. Leonard AS, Long DM, Thomas F, Nicoloff DM and Wangensteen OH:   The influence of the
   hypothalamus on gastric secretion.   J.A.M.A.   180(9):126-127, June, 1962.

5.     Long DM, Leonard AS, Chou SN and French LA:   Hypothalamus and gastric ulceration.   Part 1:   Gastric effects of hypothalamic lesions.   <u>Arch. Neurol</u>. 7:167-175, September, 1962.

6.     Long DM, Leonard AS, Story J and French LA:   Hypothalamus and gastric ulceration. Part II: Production of gastrointestinal ulceration by chronic hypothalamic stimulation.   <u>Arch. Neurol</u>. 7:176-183, September, 1962.

7.     Leonard AS, Long DM, Thomas F, Nicoloff DM and Wangensteen OH:   The influence of the hypothalamus on gastric hydrochloric acid secretion.   <u>J.A.M.A</u>. 183(12):120-122, March, 1963.

8.     Leonard AS, Engle JC, Peter ET, Long DM and Wangensteen OH:   Gastric blood flow and inhibition of histamine-stimulated gastric secretion.   Occurrence following posterior hypothalamic stimulation.   <u>J.A.M.A</u>. 187:589-591, February, 1964.

9.     Leonard AS, Long DM, French LA, Peter ET and Wangensteen OH:   Pendular pattern in gastric secretion and blood flow following hypothalamic stimulation-origin of stress ulcer?   <u>Surgery</u> 56(1):109-120, July, 1964.

10.    Long DM, DeWall RA and French LA:   Unusual complication of ventriculo-auriculostomy. Report of two cases.   <u>J. Neurosurgery</u> 21(3): 233-234, 1964.

11.    Long DM:   The ultrastructure of cerebral edema and its response to glucosteroid administration. <u>Med. Bull. U. of Minn</u>. 36(9):339-341, May, 1965.

12.    Long DM, Hartmann JF and French LA:   The ultrastructure of human cerebral edema.   <u>J. of Neuropath. Exp. Neurol</u>. 25:373-395, 1965.

13.    Leonard AS, Gilsdorf RB, Long DM and French LA:   Cyclic hypothalamic stimulation patterns in gastric blood flow and secretions-origins of stress ulcer?     Proceedings of the Second International Symposium on Stereoencephalotomy, 1965.

14.    Leonard AS, Gilsdorf RB, Long DM and French LA:   Sympathetic autonomic stimulation influence of experiments by produced pancreatitis.   I.   Proceedings of the Second International Symposium on Stereoencephalotomy, 1965.

15.    Long DM and Story JL:   Hyponatremia following bilateral cervical cordotomy.   <u>J. Neurosurg</u>. 25(6):623-627, May, 1966.

16.    Long DM, Hartmann JF and French LA:   The response of human cerebral edema to glucosteroid administration.   An electron microscopic study.   <u>Neurology</u> 16(5):521-528, May, 1966.

17.    Long DM, Hartmann JF and French LA:   A response of experimental cerebral edema to glucosteroid administration. <u>J. of Neurosurg</u>. 24(5):843-854, 1966.

18.    Long DM, Hartmann JF and French LA:   Ultrastructural substrates of experimental cerebral edema. <u>Brain-Edema</u> <u>Proceedings of the Symposium</u>, Klatzo I and Seitelberger F (editors), Springer-Verlag, New York, pp. 419-444, 1967.

19.    Klatzo I, Li C-L, Long DM, Bak AF, Mossakowski MJ, Parker LO and Rasmussen LE:   The effect of hypothermia on electric impedance and penetration of substances from the CSF into the periventricular brain tissue.   Reprinted from A. Lajtha and DH Ford, <u>Progress in Brain Research</u>, Vol. 29, Brain Barrier Systems, Elsevier Publishing Company, Amsterdam, 1967.

20.     Long DM:   Early histochemical and ultrastructural responses to brain anoxia/ischemia. Medical Bulletin University of Minnesota Volume 39, Number 3, pp. 83-85.   November, 1967.

21.     Long DM, Bodenheimer TS, Hartmann JF and Klatzo I:   Ultrastructural features of the shark brain.   Am. J. Anat. 122(2):209-236, March, 1968.

22.     Long DM, Chou SN, French LA:   The evaluation and treatment of hydrocephalus.   Minn. Med. 51:761-766, June, 1968.

23.     Mossakowski MJ, Long DM, Myers RE, Rodriguez de Curet H and Klatzo I: Early histochemical changes in perinatal asphyxia.   Journal of Neuropathology and Experimental Neurology 27(3):500-516, July, 1968.

24.     Long DM:   Spinal cord compression secondary to neoplasm.   Minn. Med. 51:1239-1244, September, 1968.

25.     French LA, Chou SN and Long DM:   The direct approach to intracranial aneurysms.   Clinical Neurosurgery.   Volume 15:117-132, 1968.

26.     Klatzo I, Li C-L, Long DM, Bak AF, Mossakowski MJ, Parker LO and Rasmussen LE:   The effect of hypothermia on electric impedance and penetration of substances from the CSF into the periventricular brain tissue. In, Progress in Brain Research, Vol. 29, Brain Barrier Systems, pp. 385-399, Lajtha A and Ford DH (eds), Elsevier Publishing Co., Amsterdam, 1968. Long DM, Seljeskog EL, Chou SN and French LA:   Acute neurological deterioration following lumbar puncture. Minnesota Medicine February, 1969,   pp. 247-250.

26.     Long DM:   Capillary ultrastructure and the blood-brain barrier in human malignant brain tumors.   J. Neurosurg. 32:127-144, February, 1970.

27.     Erickson DL, Long DM, Seljeskog EL, Chou SN and French LA:   Carotid endarterectomy for stroke.   Minn. Med. 53:607-610, June, 1970.

28.     Long DM, Maxwell RE and French LA:   The effect of glucosteroids upon cold induced edema. VI Congress of International Pathology, Paris, August 31 through September 4, 1970, 1035-1037. (Proceedings)

29.     Long DM:   Capillary ultrastructure and the blood-brain barrier in human malignant brain tumors. VI Congress of International Pathology, Paris, August 31 through September 4, 1970, 1035-1037.   (Proceedings)

30.     Anderson R, Kieffer SA, Wolfson JJ, Long DM and Peterson HO: Thickening of the skull in surgically treated hydrocephalus.   American Journal of Roentgenology, Radium Therapy and Nuclear Medicine 110(1):96-101, September, 1970.

31.     Simms NM, Kush GS, Long DM, Loken MK and French LA:   Regional cerebral blood flow alterations following arterial air embolism.   Surgical Forum 21:427-429, 1970.

32.     French LA, Maxwell RE and Long DM:   Prevention of brain edema by focal excision of injured brain in the International Symposium on Head Injury, Edinburgh, Scotland, Madrid, Spain, 1970. (proceedings)

33.     Maxwell RE, Long DM and French LA:    The effects of glucosteroids on experimental cold-induced brain edema.    Gross morphological alterations and vascular permeability changes. Journal of Neurosurgery 34:477-487, April, 1971.

34.     Simms NM, Kush GS, Long DM, Loken MK and French LA:    Increase in regional cerebral blood flow following experimental arterial air embolism.    Journal of Neurosurg. 34(5):665-671, May, 1971.

35.     Simms NM, Long DM and French LA:    Cerebral arterial air embolism-selected experimental aspects. Minn. Med.    54:589-592, August, 1971.

36.     Bensman A, Long DM, Merrill D, Horrobin M, Easton J and Lai C:    Myelomeningocele birth defect - Habilitation of the child.    Minn. Med. 54:599-604, August, 1971.

37.     Long Dm, Maxwell RE and French LA:    The effect of glucosteroids upon cold induced brain edema.    Part II.    Ultrastructural evaluation.    J. of Neuropath. and Exp. Neurology. 30(4): 680-697, October, 1971.

38.     Rogers HM, Long DM, Chou SN and French LA:    Lipomas of the spinal cord and cauda equina. Journal of Neurosurgery 34(3):349-354, 1971.

39.     Long DM:    New methods of pain relief.    Editorial.    Minnesota Medicine pp. 564. June, 1972.

40.     Long DM:    Silver nitrate therapy as an adjunct in the treatment of myelomeningocele.    J. Neurosurg. 36(6):769-772, June, 1972.

41.     Simms NM, Long DM, Matthews JH and Chou SN:    Hyperoxia of cerebral venous blood and cisternal cerebrospinal fluid following arterial air embolism.    Journal of Neurosurg. 37(1):30-35, July, 1972.

42.     Gold LH, Kieffer SA, D'Angio GJ, Fallon VT and Long DM:    Current status of intrathecal radiogold in the treatment of medulloblastoma.    Acta Radiologica 11:329-340, August, 1972.

43.     Samuelson S, Long DM and Chou SN:    Subdural hematoma as a complication of shunting procedures for normal pressure hydrocephalus.    J. Neurosurg. 37(5):548-551, November, 1972.

44.     Maxwell RE, Long DM and French LA:    The clinical effects of a synthetic gluco-corticoid used for brain edema in the practice of neurosurgery.    In, Steroids and Brain Edema, Reulen HJ and Schurmann K (eds), Springer-Verlag Berlin-Heidelberg-New York, 1972, pp. 219-232.

45.     Long DM, Maxwell RE, Choi KS, Cole HO and French LA:    Multiple therapeutic approaches in the treatment of brain edema induced by a standard cold lesion.    In, Steroids and Brain Edema, Reulen HJ and Schurmann K (eds) Springer-Verlag Berlin-Heidelberg-New York, pp. 87-94, 1972.

46.     Long DM, Mossakowski MJ and Klatzo I:    Glycogen accumulation in spinal cord motor neurons due to partial ischemia. Acta Neuropath. 20:335-347, 1972.

47.     Johnson WG, Desnick RJ, Long DM, Sharp HL, Krivit W, Brady B and Brady RO: Intravenous injection of purified hexosaminidase A into a patient with Tay Sachs disease. Birth Defects: Original Article Series. Vol. IX, No. 2; March, 1973.

48.     Long DM:    Vascular ultrastructure in human meningioma and schwannomas.    Journal of Neurosurgery 38:409-419, April, 1973.

49.     Long DM and Chou SN:    Transcallosal removal of craniopharyngiomas within the third ventricle.    Journal of Neurosurgery 39:563-567, November, 1973.

50.     Long DM:    Electrical stimulation for relief of pain from chronic nerve injury.    Journal of Neurosurgery 39(6):718-722, December, 1973.

51.     Long DM:    Externally applied electrical stimulation in the relief of chronic pain.    Proceedings of The NIH Acupuncture Research Conference.    Jenerick H (ed), 1973.

52.     Long DM, Seljeskog EL, Chou SN and French LA:    Giant arteriovenous malformations of infancy and childhood.    Journal of Neurosurgery 40(3):304-312, March, 1974.

53.     Long DM:    External electrical stimulation as a treatment of chronic pain.    Minnesota Medicine 57:195-198, March, 1974.

54.     Long DM:    Recent advances in the management of pain.    Minnesota Medicine 57:705-709, September, 1974.

55.     Bantli H, Bloedel J, Long DM and Thienprasit P:    Distribution of activity in spinal pathways evoked by experimental dorsal column stimulation.    Journal of Neurosurgery 42:290-295, March, 1975.

56.     Long DM and Choi KS:    Multiple experimental therapies in brain edema.    Proceedings of The Annual Meeting of the American Association of Neurological Surgeons. April, 1975.

57.     Long DM and Erickson DE:    Stimulation of the posterior columns of the spinal cord for relief of intractable pain.    Surgical Neurology 4:134-141, July, 1975.

58.     Long DM and Hagfors N:    Electrical stimulation in the nervous system:    The current status of electrical stimulation of the nervous system for relief of pain.    Pain 1:109-123, 1975.

59.     Ortiz-Suarez H, Long DM and Chou SN:    Histoquimica de enzimos en traumatismo medular*.    XVI Congreso Latino-Americano de Neurocirugia 12:363-369, 1975. (Proceedings)

60.     Long DM:    Peripheral and dorsal column stimulation for pain control.    Proceedings of the First World Congress on Pain.    Florence, Italy, 1975.

61.     Long DM:    Electrical stimulation for relief of cancer pain.    Proceedings of the First World Congress on Pain, Symposium on Cancer Pain.    Florence, Italy, 1975.

62.     Long DM:    Use and misuse of drug therapy in chronic pain. Proceedings of the First World Congress on Pain, Florence, Italy, 1975.

63.     Hendler N, Uematsu S, Long DM and Allen G:    Problems with lithium as treatment of inappropriate ADH Secretion.    The New England Journal of Medicine February, 1976, p. 446.

64.     Lora J and Long DM:    So-called facet denervation in the management of intractable back pain.    Spine 1(2):121-126, June, 1976.

65.    Linzer M and Long DM: Transcutaneous neural stimulation for relief of pain.   IEEE Transactions on Biomedical Engineering Vol. BME-23(4):341-345, July, 1976.

66.    Campbell JN and Long DM:   Peripheral nerve stimulation in the treatment of intractable pain. Journal of Neurosurgery 45:692-699, December, 1976.

67.    Long DM:   Cutaneous afferent stimulation for the relief of pain.   Prog. Neurol. Surg. 7:35-51, 1976.

68.    Long DM, Maxwell R and Choi KS:   A new therapy regimen for brain edema.   In, Dynamics of Brain Edema.   Pappius HM, Feindel W (ed) Springer-Verlag Berlin Heidelberg, 5:293-300, 1976.

69.    Long DM:   Use of peripheral and spinal cord stimulation in the relief of chronic pain. Advances in Pain Research and Therapy.   JJ Bonica and Albe-Fessard (ed) Raven Press, 395-403, 1976.

70.    North RB, Fischell TA, Fischell RD and Long DM:   A clinical study of spinal epidural stimulation for the treatment of intractable pain.   Technical Digest, Applied Physics Laboratory/The Johns Hopkins University School of Medicine, March, 1977.

71.    Rybock JD and Long DM:   Use of microfibrillar collagen as a topical hemostatic agent in brain tissue.   Journal of Neurosurgery 46:501-505, April, 1977.

72.    Rybock JD and Long DM:   Microcrystalline collagen:   A new hemostatic agent.   Proceedings of Annual Meeting of American Association of Neurological Surgeons. 1977.

73.    Long DM:   Electrical stimulation for the control of pain.   Arch. Surg. 112:884-888, July, 1977.

74.    Sklar FH and Long DM:   Recirculatory spinal subarachnoid perfusions in dogs:   A method for determining CSF dynamics under non-steady state conditions.   Neurosurgery 1(1):48-56, July-August, 1977.

75.    Roth JA, Seljeskog EL, Duvall AJ and Long DM:   Transnasal transsphenoidal approach to the sella.   Laryngoscope Vol. LXXXVII, 1:47-57, 1977.

76.    Long DM: Uses of percutaneous electrical stimulation of the nervous system.   Med. Progr. Technol. 5:47-50, 1977.

77.    North RB, Fischell TA and Long DM:   Chronic dorsal column stimulation via percutaneously inserted epidural electrodes:   Preliminary results in 31 patients.   Applied Neurophysiology 40:184-191, 1977/1978.

78.    Long DM: Use of cotton balls and pledgets. Journal of Neurosurgery 48(1):154 January, 1978.

79.    Aarabi B, Long DM and Miller NR:   Enlarging optic chismal glioma with stable visual acuity. Surgical Neurology 10(3):175-177, September, 1978.

80.    Gucer G, Niedermeyer E and Long DM:   Thalamic EEG recordings in patients with chronic pain.   Journal of Neurology 219:47-61, 1978.

81.    Long DM:   Electrical stimulation of the nervous system for pain control.   Contemporary Clinical Neurophysiology   (EEG Suppl. No. 34)   343-348, 1978.

82.     Long DM:   Current concepts in the management of intracranial aneurysms.   <u>Topics in Clinical Medicine</u>, The Johns Hopkins Hospital, May, 1978.

83.     Epstein M, McQueen JD and Long DM:   Surgical approach to atypical posterior fossa aneurysms. In   Proceedings of the American Association of Neurological Surgeons, 1978.

84.     Long DM:   Dealing with backache:   Expert advice.   <u>U.S. News and World Report, Inc.</u> April 2, 1979, pp. 51-53; (lay publication).

85.     Merriman E, Bell W and Long DM:   Surgical postoperative bleeding associated with aspirin ingestion.   <u>Journal of Neurosurgery</u> 50(5):682-684, May, 1979.

86.     Aarabi B, Paternak G, Hurko O and Long DM:   Familial intradural arachnoid cysts.   Report of two cases.   <u>Journal of Neurosurgery</u> 50:826-829, June, 1979.

87.     Long DM:   Capillary ultrastructure in human metastatic brain tumors. <u>Journal of Neurosurgery</u> 51:53-58, July, 1979.

88.     Long DM and Shealy CN:   Pain after nerve injury.   <u>Neurosurgery</u> 5(1 Pt. 1):76-77, July, 1979.

89.     Aarabi B, Epstein M and Long DM:   Dibutyryl cyclic adenosine 3'5'-Monophosphate.   Its' role in regulation of cat brain extracellular fluid.   <u>Arch. Neurol.</u> 36:498-500, August, 1979.

90.     Bogduk N and Long DM:   The anatomy of the so-called "articular nerves" and their relationship to facet denervation in the treatment of low-back pain.   <u>Journal of Neurosurgery</u> 51:172-177, August, 1979.

91.     Aarabi B and Long DM:   Dynamics of cerebral edema.   The role of an intact vascular bed in the production and propagation of vasogenic brain edema.   <u>Journal of Neurosurgery</u> 51:779-784, December, 1979.

92.     Hendler N, Viernstein M, Gucer P and Long CM:   A preoperative screening test for chronic back pain patients.   <u>Psychosomatics</u> 20(12):801-808, December, 1979.

93.     Long DM:   Evaluation and treatment of the "multiple surgery" low-back cripple.   <u>Contemporary Neurosurgery</u> 17:1-6, 1979.

94.     Solomon RA, Viernstein MC and Long DM:   Reduction of postoperative pain and narcotic use by transcutaneous electrical nerve stimulation.   <u>Surgery</u> 87(2):142-146, February, 1980.

95.     Bogduk N and Long DM:   Percutaneous lumbar medial branch neurotomy.   A modification of facet denervation.   <u>Spine</u> 5(2):193-200, March/April, 1980.

96.     Hendler N, Cimini C, Ma T and Long DM:   A comparison of cognitive impairment due to benzodiazepines and to narcotics.   <u>Am. Journal of Psychiatry</u> 137:828-830, July, 1980.

97.     deFigueiredo JM, Baiardi JJ and Long DM:   Briquet syndrome in a man with chronic intractable pain. <u>The Johns Hopkins Medical Journal</u>, 147:102-106, 1980.

98.     Sklar FH, Reisch J, Elashvili I, Smith T and Long DM:   Effects of pressure on cerebrospinal fluid formation:   Nonsteady-state measurements in dogs.   <u>American Physiological Society</u>

pp. R277-R284, 1980.

99.    Long DM: Surgical therapy of chronic pain. Neurosurgery 6(3):317-328, 1980.

100.   Long DM:   Relief of cancer pain by surgical and nerve blocking procedures.   JAMA 244(24):2759-2761, December 19, 1980.

101.   Brem H, Thompson D, Long DM and Patz A:   Human brain tumors:   Differences in ability to stimulate angiogenesis.   Surgical Forum 31:471-473, 1980.

102.   Long DM, Arce-Puyo C, Epstein MH and Aarabi B:   Role of dibutyryl cyclic adenosine 3'5'-monophosphate in the genesis of brain edema.   Advances in Neurology Vol. 28: Brain Edema, Cervos-Navarro J and Ferszt R (ed).   Raven Press, New York, pp. 231-239, 1980.

103.   Martinez CR, Hemphill JM, Hodges FJ, Gayler BW, Nager GT, Long DM and Freeman JM: Basioccipital meningocele.   AJNR 2:100-102, January/February 1981.

104.   Long DM:   Free fat graft in laminectomy (letter).   Journal of Neurosurgery 54(5):711, May, 1981.

105.   Uematsu S, Hendler N, Hungerford D, Long DM and Ono N:   Thermography and electromyography in the differential diagnosis of chronic pain syndromes and reflex sympathetic dystrophy.   Electromyogr. Clin. Neurophysiol.   21:165-182, 1981.

106.   Kuhajda FP, Mendelsohn G, Taxy JB and Long DM:   Pleomorphic xanthoastrocytoma:   Report of a case with light and electron microscopy.   Ultrastructural Pathology 2:25-32, 1981.

107.   Long DM, Erickson D, Campbell J and North R:   Electrical stimulation of the spinal cord and peripheral nerves for pain control.   A 10-year experience.   Applied Neurophysiology 44:207-217, 1981.

108.   Long DM:   Neuromodulation for the control of chronic pain.   Surgical Rounds pp. 25-34, January, 1982.

109.   Hendler N, Uematsu S, Long DM:   Thermographic validation of physical complaints in "psychogenic pain" patients.   Psychosomatics 23(3), March, 1982.

110.   Leibrock L, Long DM and Epstein M:   Comparison of clinical results in microsurgery vs. direct visual intracranial aneurysm surgery.   Neurosurgery 10:417-421, 1982.

111.   Caderas M, Niedermeyer E, Uematsu S, Long DM and Nastalski J:   Sleep spindles recorded from deep cerebral structures in man.   Clinical Electroencephalography 13(4):216-225, 1982.

112.   Pain: A spike-interval coded message in the brain by Raimond Emmers. ( Reviewed by RA Meyer and DM Long). Surgical Neurology Vol. 18, Number 5, November, 1982.

113.   Erickson DL and Long DM:   Ten-year follow-up or dorsal column stimulation.   In, Advances in Pain Research and Therapy, Vol. 5, edited by J. J. Bonica, pp. 583-589.   Raven Press, New York, 1982.

114.   Hemphill M, Freeman JM, Martinez CR, Nager GT, Long DM and Crumrine P: A new, treatable source of recurrent meningitis:   basioccipital meningocele.   Pediatrics 70(6):941-943, December, 1982.

115.   Freeman TB, Campbell JN and Long DM:   Naloxone does not affect pain relief induced by electrical stimulation in man.   Pain 17:189-195, October, 1983.

116.   Pitts LH, Marshall LF, Bruce DA, Long DM and Hoff JT:   Brain death and organ transplantation (editorial).   Journal of Neurosurgery October, 1983.

117.   Zee DS, Griffin JW, Hain T, Halliday M and Long DM:   Hyperventilation-induced nystagmus. Proceedings of The Frank B. Walsh Society, February, 1984.   [Abstract]

118.   Long DM:   A peripheralist view of chronic pain - observations in transcutaneous electrical stimulation.   Seminars in Neurology - Volume 3, Number 4, December 1983, 341-346.

119.   Hendler N, Fink H and Long D:   Myofascial syndrome:   Response to trigger-point injections. Psychosomatics 24(11):990-999, November, 1983.

120.   Zinreich J, Wang H, Updike ML, Kumar AJ, Ahn HS, Long DM and Rosenbaum AE:   CT myelography for out-patients:   A study with the first generation non-ionic drug, metrizamide. Proceedings of the Radiological Society of North America, 1983. (Abstract)

121.   Long DM:   When your patient complains of low back pain.   Contemporary OB/Gyn General Medicine Update Special Issue 1984, p. 25-40, May.

122.   Long DM:   The chronic low back cripple.   Neurology and Neurosurgery Update Series, Volume 5(10),   Scheinberg P (editor), 1984.

123.   Casanova MF, Clark AW, Olson JL, Vuitch MF and Long DM:   Pineal parenchymal neoplasms: A clinicopathological and electron microscopic study of three cases. Proceedings of The Canadian Association of Neuropathologists, 1984.

124.   Graf M, Niedermeyer E, Schlemann S, Uematsu S and Long DM: Electrocorticography: Information Derived from Intraoperative Recordings during Seizure Surgery.   Clinical Electroencephalography Vol. 15, No. 2, pp. 83-91, 1984.

125.   Holliday MJ, Long DM, Kennedy DW:   A multidisciplinary two stage planned surgical approach to vascular lesions of the temporal bone with intracranial extension.   Proceedings of The Triological Society, January, 1985.

126.   Toung T, Ngeow YK, Long DM, Rogers MC and Traystman RJ:   Comparison of the effects of positive end-expiratory pressure and jugular venous compression on canine cerebral venous pressure.   Anesthesiology 61(2):169-172, 1984.

127.   Long DM:   When your patient complains of low back pain.   Ortho Forum   4(3):13-19, October/November, 1984.

128.   Holliday MJ, Long DM, Kennedy DW, Ahn HS and Lee DJ:   A multidisciplinary two stage planned surgical approach to vascular lesions of the temporal bone with intracranial extension. Proceedings of the Triologic Society, Sectional Meeting, 1985.

129.   Guyer DR, Miller NR, Long DM and Allen GA:   Visual function following optic canal decompression via craniotomy. J. Neurosurgery 62:631-638, May, 1985.

130.   Hendler NH, Mollett A, Viernstein M, Schroeder D, Rybock J, Campbell J, Levin S and Long D:

A comparison between the MMPI and the "Hendler Back Pain Test" for validating the complaint of chronic back pain in men.   The Journal of Neurological & Orthopaedic Medicine & Surgery 6(4):333-337, December 1985.

131.   Long DM:   Aging in the nervous system.   Neurosurgery 17(2):348-354, August, 1985.

132.   Long DM:   Neurosurgical involvement in tumors of the orbit.   In, Clinical Neurosurgery, Vol. 32, Chapter 25, pp. 514-523, 1985.

133.   Vuitch MD, Casanova MF, Clark AW, Olson JL, Kuhajda FP and Long DM:   Pineal parenchymal neoplasms:   an electron microscopic study of three cases.   Proceedings of The American Association of Neurological Surgeons, 1985.

134.   Perl ER, Covino BG, Fields HL, Foley KM, Fordyce WE, Jane JA, Jessell T, Long DM, U'Prichard D, Vierck CJ:   Report of the Research Briefing Panel on Pain and Pain Management. Research Briefings 1985 National Academy of Sciences, National Academy of Engineering, Institute of Medicine, pp. 20-32.   National Academy Press, Washington, D.C.   1985.

135.   Long DM:   What's new in neurosurgery.   Bulletin of the American College of Surgeons 71(1):19-21, January, 1986.

136.   Toung TJK, McPherson RW, Ahn H, Donham RT, Alano J and Long D:   Pneumocephalus: Effects of patient position on the incidence and location of aerocele after posterior fossa and upper cervical cord surgery.   Anesthesia and Analgesia 65:65-70, 1986.

137.   Long DM, Kennedy DW and Holliday MJ:   Selecting a surgical approach for removal of acoustic schwannoma.   Ear, Nose and Throat Journal 65(4):163-173, April 1986.

138.   Christensen WN, Long DM and Epstein JI:   Cerebellopontine angle lipoma.   Human Pathology 17(7):739-743, July, 1986.

139.   Hendler N, Filtzer D, Talo S, Panzetta M and Long D:   Hysterical scoliosis treated with amobarbital narcosynthesis.   The Clinical Journal of Pain Volume 2, #3:179-183, 1986.

140.   Katims JJ, Long DM and NG LKY:   Transcutaneous nerve stimulation   Frequency and waveform specificity in humans.   Applied Neurophysiology 49(1-2):86-91, 1986.

141.   Long D:   Surgery for meningiomas of the anterior visual apparatus.   Clinical Neuroscience 1(1):10, 1987.

142.   Zinreich SJ, Rosenbaum AE, Wang H, Quinn CB, Townsend TR, Kim WS, Ahn HS, Rybock JD, McAfee PC and Long DM:   The critical role of 3-D CT reconstructions for defining spinal disease.   XXIII Symposium Neuroradiologicum. Stockholm, 1986   Acta Radiologica Supplementum 369:699-702.

143.   Long DM:   Will your prescribing habits cost your license?   Maryland Medical Journal 37(2):127-131, February, 1988.

144.   Long DM, Filtzer DL, BenDebba M, Hendler NH:   Clinical features of the failed-back syndrome.   J Neurosurgery 69:61-71, July, 1988.

145.   Humayun MS, Presty SK, LaFrance ND, Holcomb HH, Loats H, Long DM, Gordon B:   Local cerebral glucose abnormalities in mild closed head injury.   Nuclear Medicine Communications

10:335-344, 1989.

146.    Aryanpur J, Long DM:   Schwannoma of the medulla oblongata.   Case report.   Journal of Neurosurgery 69(3):446-449, 1988.

147.    Uematsu SU, Jankel WR, Edwin DH, Kim W, Kozikowski J, Rosenbaum A, Long DM: Quantification of thermal asymmetry, Part 2: Application in low-back pain and sciatica.   J Neurosurgery 69(4):556-561, 1988.

148.    Ikeda Y, Anderson JH, Long DM:   Oxygen free radicals in the genesis of traumatic and peritumoral brain edema.   Neurosurgery 24(5):679-685, May, 1989.

149.    Ikeda Y, Ikeda K, Long DML:   Comparative study of different iron-chelating agents in cold-induced brain edema.   Neurosurgery 24(6):820-824, June, 1989.

150.    Long D:   The Johns Hopkins Medical Centennial.   1889-1989:   A Century of Neurosurgery. Neurosurgery 24(6):953-955, June, 1989.

151.    Spatz M, Bacic F, McCarron RM, Merkel N, Uematsu S, Long D, Bembry J:   Human cerebromicrovascular endothelium:   Studies in vitro.   Journal of Cerebral Blood Flow and Metabolism 9(Suppl 1):S393, 1989.

152.    Ikeda Y, Brelsford KL, Long DM:   The effects of nonsteroid anti-inflammatory agent BW755C on traumatic and peritumoral brain edema.   In, Hoff JT and Betz AL (eds) Intracranial Pressure VII, pp. 998-1000, Springer-Verlag, Berlin, Heidelberg, 1989.

153.    Cameron DE, Reitz BA, Carson BS, Long DM, et al:   Separation of craniopagus Siamese twins using cardiopulmonary bypass and hypothermic circulatory arrest.   Journal of Thoracic and Cardiovascular Surgery 98(5):961-967, 1989.

154.    Ikeda Y, Ikeda K, Long DM:   Protective effect of the iron chelator deferoxamine on cold-induced brain edema".   J Neurosurgery 71:233-238, 1989.

155.    Long DM:   A century of change in neurosurgery at Johns Hopkins:   1889-1989.   J Neurosurgery 71:635-638, 1989.

156.    Long DM:   Parachiasmal meningiomas.   KTP/532™ Clinical Updates in Neurosurgery pp. 4-5, January 1990.

157.    Long DM:   Cerebellopontine angle meningiomas.   KTP/532™ Clinical Updates in Neurosurgery pp. 7-8, January 1990.

158.    Zinreich SJ, Kennedy DW, Long DM, Carson BS, Dufresne CR:   3-D applications in neuroradiology.   Hospimedica 8(1):29-32, February, 1990.

159.    Long DM, Uematsu S, Kouba RB:   Placebo responses to medical device therapy for pain. Stereotact Func Neurosurgery 53:149-156, 1989.

160.    Ikeda Y, Brelsford KL, Ikeda K, Bulkley GB, Long DM:   Effect of superoxide dismutase in cats with cold-induced edema.   In, Long DM (editor) Advances in Neurology Volume 52, Brain Edema, Pathogenesis, Imaging, and Therapy, Chapter 26, pp. 203-210, Raven Press, New York, 1990.

161.   Ikeda Y, Anderson JH, Wunderlich CC, Hilton J, Long DM:   Effect of superoxide dismutase in rabbits with peritumoral edema.   In, Long DM (editor) <u>Advances in Neurology Volume 52, Brain Edema, Pathogenesis, Imaging, and Therapy</u>, Chapter 58, pp. 441-447, Raven Press, New York, 1990.

162.   Ikeda Y, Brelsford KL, Ikeda K, Long DM:   Oxygen-free radicals in traumatic brain oedema.   <u>Neurological Research</u> 11:213-216, December, 1989.

163.   Eleff SM, Borel C, Bell WR, Long DM:   Acute management of intracranial hemorrhage in patients receiving thrombolytic therapy:   case reports.   <u>Neurosurgery</u> 26(5):867-869, 1990.

164.   Lim JS, Wang H, Griffin J, Long DM:   Case report:   Thoracic spine schwannoma:   The role of Gd-DTPA enhanced MRI.   <u>MMJ</u> 39(6):853-855, June 1990.

165.   Ikeda Y, Long DM:   The molecular basis of brain injury and brain edema:   The role of oxygen free radicals.   <u>Neurosurgery</u> 27(1):1-11, 1990.

166.   Zinreich SJ, Long DM, Davis R, Quinn CB, McAfee PC, Wang H:   Three-dimensional CT imaging in postsurgical "failed back" syndrome.   <u>Journal of Computer Assisted Tomography</u> 14(4):574-580, 1990.

167.   Heffez DS, Zinreich SJ, Long DM:   Surgical resection of intrinsic brain stem lesions:   An overview.   <u>Neurosurgery</u> 27(5):789-798, 1990.

168.   North RB, Kidd DH, Campbell JN, Long DM:   Dorsal root ganglionectomy for failed back surgery syndrome: a 5-year follow-up study.   <u>Journal of Neurosurgery</u> 74:236-242, February, 1991.

169.   Moskowitz N, Long DM:   Acoustic neurinomas.   Historical review of a century of operative series.   <u>Neurosurgery Quarterly</u> 1(1):2-18, March, 1991.

170.   Boyd R, Sypert G, MacMillan M, Robertson J, Hardy R, Watts C, Dawson E, Long D, BenDebba M, Mellits ED:   The National Low Back Pain Study:   A prospective examination of the treatment of low back pain and sciatica.   Proceedings of the 60th Annual Meeting of the American Association of Neurological Surgeons, San Francisco, California,   April 11-16, 1992.

171.   Tamargo RJ, Sills AK Jr, Reinhard CS, Pinn ML, Long DM, Brem H:   Interstitial delivery of dexamethasone in the brain for the reduction of peritumoral edema.   <u>Journal of Neurosurgery</u> 74:956-961, June, 1991.

172.   Long DM:   Historical Vignette    The Johns Hopkins Hospital.   <u>J Neurosurg</u> 75:160-161, July, 1991.

173.   Long DM:   Fifteen years of transcutaneous electrical stimulation for pain control.   <u>Stereotactic and Functional Neurosurgery</u> 56:2-19, 1991.

174.   North RN, Cutchis PN, Epstein JA, Long DM:   Spinal cord compression complicating subarachnoid infusion or morphine:   case report and laboratory experience.   <u>Neurosurgery</u> 29(5):778-784, November, 1991.

175.   Wang H, Kumar AJ, Zinreich SJ, Higgins YM, Long DM, Bryan RN:   Iohexol cervical

myelography in adult outpatients.   <u>Spine</u> 16(12):1356-1358, 1991.

176.  Long DM:   A review of psychological considerations in the neurosurgical management of chronic pain:   a neurosurgeon's perspective.   <u>Neurosurgery Quarterly</u> 1(3):185-195, 1991.

177.  North RB, Campbell JN, James CS, Conover-Walker MK, Wang H, Piantadosi S, Rybock JD, Long DM:   Failed back surgery syndrome:   5-year follow-up in 102 patients undergoing repeated operation.   <u>Neurosurgery</u> 28(5):685-90, May, 1991.

178.  Sieber FE, Toung TJ, Diringer MN, Wang H, Long DM:   Preoperative risks predict neurological outcome of carotid endarterectomy related stroke.   <u>Neurosurgery</u> 30(6):847-854, 1992.

179.  Long DM:   Non-glial tumors of the brain: tumors of the cerebellopontine angle and meningiomas.   <u>Current Opinion in Neurology and Neurosurgery</u> 5(6):813-817, 1992.

180.  Long DM:   Chronic adhesive spinal arachnoiditis:   pathogenesis, prognosis, and treatment. <u>Neurosurgery Quarterly</u> 2(4):296-319, December, 1992.

181.  Long DM:   Decision making in lumbar disc disease. [Review].   <u>Clinical Neurosurgery</u> 39:36-51, 1992.

182.  North RB, Kidd DH, Zahurak M, James CS, Long DM:   Spinal cord stimulation for chronic, intractable pain:   experience over two decades.   <u>Neurosurgery</u> 32(3):384-395, March 1993.

183.  Long DM:   BOOK REVIEW.   *The Surgical Art of Harvey Cushing, 1992*.   <u>Bull. Hist. Med., 1993, 67</u>, pp. 375-378.

184.  Zinreich SJ, Robles HA, Long DM, Bryan RN:   3D imaging for neurosurgery.   <u>Proceedings of the First International Conference on Acoustic Neuroma</u>, (Tos M and Thomsen J (eds.), Copenhagen, Denmark, August 25-29, 1991, pp. 109-118, Kugler Publications, Amsterdam/New York.

185.  Zinreich SJ, Tebo SA, Long DM, Brem H, Mattox DE, Loury ME, VanderKolk CA, Koch WM, Kennedy DW, Bryan RN:   Frameless stereotactic integration of CT imaging data:   Accuracy and initial applications.   <u>Radiology</u> 188(3):735-742, September 1993.

186.  Long DM:   Lumbar and cervical spondylosis and spondylotic myelopathy.   <u>1993 Current Science (Volume 6), Current Opinion in NEUROLOGY AND NEUROSURGERY</u>, pp. 576-580.

187.  Ikeda Y, Carson BS, Lauer JA, Long DM:   Therapeutic effects of local delivery of desamethasone on experimental brain tumors and peritumoral brain edema.   <u>Journal of Neurosurgery</u> 79(5):716-721, November 1993.

188.  Long D:   Outcome of therapy for low back pain.   Chronic Pain Management:   Developing a Treatment System For People With Disabilities.   Report of a Research Planning Workshop. NIH Publication No. 94-3720, pp. 38-39, March 1994.

189.  Ikeda Y, Carson BS, Long DM:   The effects of topical dexamethasone on experimental brain tumors and peritumoral brain edema.   <u>Acta Neurochir</u> (1994) [Suppl] 60:397-399.

190.  Judy KD, Bulkley GB, Hedlund BE, Long DM:   Proposed toxic oxidant inhibitors fail to reduce brain edema.   <u>Acta Neurochir</u> (1994) [Suppl] 60:89-93.

191.    Francis HW, Nager GT, Holliday MJ, Long DM:   Association of heterotopic neuroglial tissue with an arachnoid cyst in the internal auditory canal.   Skull Base Surgery 5(1):37-49, January, 1995.

192.    Riley LH 3rd, Long D, Riley LH Jr:   The science of whiplash.   Medicine 74(5):298-299, September 1995.   Commentary based upon "Long-term outcome after whiplash injury:   A 2-year follow-up considering features of injury mechanism and somatic, radiologic, and psychosocial findings" by Radanov BP, Sturzenegger M, and De Stefano G.

193.    Long DM:   Effectiveness of therapies currently employed for persistent low back and leg pain. Commentary.   Pain Forum (formerly APS Journal) 4(2):122-125, 1995.

194.    Long DM, BenDebba M, Torgerson WS, Boyd RJ, Dawson EG, Hardy RW, Robertson JT, Sypert GW, Watts C:   Persistent back pain and sciatica in the United States:   Patient characteristics.   Journal of Spinal Disorders 9(1):40-58, 1996, Lippincott-Raven Publishers, Philadelphia.

195.    Tebo S, Leopold DA, Long DM, Zinreich SJ, Kennedy DW:   An optical 3D digitizer for frameless stereotactic surgery.   IEEE Computer Graphics and Applications, January, 1996, pp: 55-64.

196.    Sipos EP, Tebo SA, Zinreich SJ, Long DM, Brem H:   In vivo accuracy testing and clinical experience with the ISG viewing wand.   Neurosurgery 39(1):194-204, July, 1996.

197.    Long DM:   Advice to young neurosurgeons.   Surgical Neurology 44:589-91, 1995.

198.    Hendler NH, Cashen A, Morrison C, Long D, Holliday M:   Case report:   Divalproex Sodium and other medications for headache following craniotomy for acoustic neuroma.   Headache 1995;35:490-493.

199.    Long DM: Educating Neurosurgeons for the 21st Century (Editorial).   Neurosurgery Q. 6(2):78-88, 1996.

200.    Ackerman SJ, Steinberg EP, Bryan RN, BenDebba M, Long DM:   Trends in diagnostic imaging for low back pain:   Has Magnetic Resonance imaging been a substitute or add-on?   Radiology 203(2):533-538, May, 1997.

201.    Ackerman SJ, Steinberg EP, Bryan RN, Bendebba M, Long DM:   Persistent low back pain in patients suspected of having herniated nucleus pulposus:   Radiologic predictors of functional outcome--implications for treatment selection.   Radiology 203(3):815-822, June, 1997.

202.    Sampath P, Holliday MJ, Brem H, Niparko JK, Long DM:   Facial nerve injury in acoustic neuroma (vestibular schwannoma) surgery:   etiology and prevention.   Journal of Neurosurgery 87(1):60-66, July, 1997.

203.    Ackerman SJ, Steinberg EP, Bryan RN, BenDebba M, Long D.   Patient characteristics associated with diagnostic imaging evaluation of persistent low back problems.   Spine 22(14): July 15, 1997; pp. 1634-40.

204.    BenDebba M, Torgerson WS, Long DM:   Personality traits, pain duration and severity, functional impairment, and psychological distress in patients with persistent low back pain.

Pain 72:115-125, 1997.

205.    Long DM:   Expanding clinical research is mandatory for future of medicine.   Academic Physician and Scientist September/October 1997, pp. 2-3.

206.    Lawton MT, Sankhla S, Kiris T, Daspit CP, Holliday MJ, Long DM, Spetzler RF: A classification scheme for large glomus jugulare tumors extending intracranially: Experience with 22 patients.   BNI Quarterly 14(1):18-23, 1998.

207.    Zeidman SM, Long DM. Does a Herniated Lumbar Disk with Nerve Root Entrapment Require Surgical Intervention: Are Alternative Treatments as Effective? Current Review of Pain, Vol 2, No. 2, 1998

208.    Sampath P, Rhines L, Goel R, Long DM:   Cranial nerve preservation in contemporary vestibular schwannoma (acoustic neuroma) treatment.   Critical Reviews in Neurosurgery (1998) 8(2):86-96, Anthony J. Raimondi (ed), Springer-Verlag.

209.    Long, DM: Align physician payment with the practice of evidence-based medicine.   Viewpoint, Academic Clinical Practice: A Publication of the Group on Faculty Practice, AAMC.   Fall, 1998, Vol. 11, No.3, pages 14-15.

210.    Long DM: Book Review of Albright, Pollack, and Adelson.   Principles and practice of pediatric neurosurgery.   Annals of Neurology.   Vol 45, No. 4, April, 1999, pp. 551-552.   (book review).

211.    Long DM: Forward.   Missile Wounds of the Head and Neck, Vol. 1. Neurosurgical Topics. AANS Publications Committee.   Editor: Bizhan Arabi, p. xvii, 1998.

212.    Long DM: The operating room of the future.   Neurological Research.   January 1999; 21: 25-27.

213.    Samdani AF, Tamargo RJ, Long DM: Brain edema: a review of current ideas.   Neurosurgery Quarterly 1999.

214.    BenDebba M, van Alphen HA, Long DM: Association between peridural scar and activity-related pain after lumbar discectomy.   Neurological Research 1999: Vol 21, Supp.1, pp. S37-S42.

215.    Long DM: Harvey Cushing at Johns Hopkins.   Neurosurgery, November 1999; 45(5): 983-989.

216.    Long DM: Book Review: William K. Livingston.   Pain and Suffering.   Edited by Howard L. Fields.   Bull Hist Med.   1999; 73:736-737.

217.    Guerin C, Sampath P, and Long DM: Acoustic neuroma: Outcome of surgical resection and study on the anatomy of facial and cochlear nerves.   Annals Academy of Medicine.   January 2000; 28:402-8.

218.    Sampath P, Long DM, Brem H: The Hunterian Neurosurgical Laboratory: The first 100 years of neurosurgical research.   Neurosurgery, January 2000; 46(1):1-12.

219.    Sampath P, Rini D, and Long DM: Microanatomical variations in the cerebellopontine angle associated with vestibular schwannomas (acoustic neuromas): a retrospective study of 1006 consecutive cases.   J. Neurosurg, 92:70-78, January, 2000.

220.    Long DM: Conquering Pain.   Editorial.   Neurosurgery, Vol. 46, No. 2, February 2000, pp.

257-259.

221.   Sampath P, Rini D, and Long DM: Microanatomical variations in the cerebellopontine angle associated with vestibular schwannomas (acoustic neuromas).   Neurosurg. Focus 5 (3): Article 1, pp. 1-7, September, 1998.

222.   Sampath P, Long DM: Late onset facial nerve palsy: A rare complication following vestibular schwannoma (acoustic neuroma) microsurgery.   Acoustic Neurinoma and Other CPA Tumors, eds. M. Sanna, A. Taibah, A. Russo, and F.   Mancini.   (International Proceedings Division), Rome, Italy, June 12-17,1999.

223.   Klingk D.F.,   Sampath P., Mille N.R., Brem H., Long D.M.: "Long-term Visual Outcome after Nonradical Microsurgery in Patients with Parasellar and Cavernous Sinus Meningiomas". Neurosurgery, Vol. 47, No 1, July 2000, pp. 24-32.

224.   Clatterbuck, R.E., Jackman, S.V., Kavoussi, L.,   Long, D.M.: "Laparoscopic Treatment of an Anterior Sacral Meningocele". J. Neurosurg.: Spine, Volume 92, April 2000, pp. 246

225.   Long, D.M.: Competency-based Residency Training: The Next Advance in Graduate Medical Education. Academic Medicine. Dec. 2000, Vol. 75, Number 12. Pp.1178-1183

226.   BenDebba M, Torgerson WS, Long DM. A validated, practical classification procedure for many persistent low back pain patients. Pain vol. 87, p.89-97. 2000

227.   Long D.M.: Book Review: Neural Transplantation: An Introduction. Neurosurgery Quarterly. Vol. 0, No. 00, 2001.

228.   Long, D.M.: Book Review: The Hot Brain: Survival Temperature, and the Human Body. Neurosurgery Quarterly. Vol. 0, No. 00, 2001.

229.   Long, D.M.:Book Review: The Cavernous Sinus: A Comprehensive Text. Neurosurgery Quarterly. Vol. 0, No. 00, 2001.

230.   Conway JE, Chou D, Clatterbuck R, Brem H, Long, DM, Rigamonti D: Hemangioblastomas of the Central Nervous System in von Hippel-Lindau Syndrome and Sporadic Disease. Neurosurgery Vol 48, No. 1, January 2001 pp:55-63

231.   Long, D.M.: Book Review. Bonica's Legacy. Journal of Pain and Symptoms Management Vol 21, No 6, 2001

232.   Long, D.M. The treatment of Meningiomas in the region of the cavernous sinus. Child's Nerv. Syst. 2001; 17:168-172, Springer-Verlag 2001

233.   Long, D.M. Silver Blaze (Letter to the editor). Annals of Neurology, 2001

234.   Apuzzo, MLJ; Long, DM. Sine Qua Non: The Formulation of a Theory of Neurosurgery. Neurosurgery, Vol 49, No. 3, September 2001

235.   Bhardwaj A, Long DM, Ducker TB, Toung TJK. Neurologic Deficits After Cervical Laminectomy in the Prone Position. J. Neurosurgi. Anesthology Vol. 13, No. 4, P: 314-319, 2001

236.    Tsai MC, Wang DJ, Tsai MD, Long DM. Un Unpleasant Phenomenon After Vestibular Schwannoma Surgery: Delayed Facial Palsy. Neurosurgery Quarterly, 2002

237.    Long, D.M.: Book Review: I of the Vortex: From Neurons to Self (by Rodolfo R. Llinas, MIT Press) - A Review. Neurosurgery Quarterly 2002, vol 12, no1, pp 86

238.    Long, D.M.: Book Review: An Odd Kind of Fame (by Malcolm Macmillan, MIT Press 2000) - A Review. Neurosurgery Quarterly 2002

239.    BenDebba M, Torgerson WS, Boyd RJ, Dawson EG, Hardy RW, Robertson JT, Sypert GW, Watts C, Long DM. Persistent Low Back Pain and Sciatica in the United States: Treatment Outcomes. Journal of Spinal Disorders & Techniques, Vol 15, no. 1,p. 2-15, 2002

240.    Long DM: Commentary: Current results of the Surgical Management of Acoustic Neuroma/Lee et al. Skull Base, An Interdisciplinary Approach. Vol 12, No 4, pp: 195-196; 2002

241.    Long,D.M.:Book Review: Probabilistic Models of the Brain, eds Rao RPN, Olshausen BA, Lewicki MS, Neurosurgery Quarterly 12(4):312, 2002

242.    Long DM. Envisioning Science: The Design and Craft of the Scientific Image by Frankel F. Book Review, Neurosurgery Quarterly 12(4): 313, 2002

243.    Long DM, Gordon T, Bowman H, Etzel A, Burleyson G, Betchen S, Garonzik IM, Brem H. Outcome and Cost of Craniotomy Performed to Treat Tumors in Regional Academic Referral Centers.    Neurosurgery.    52 (5): 1-8, May 2003

244.    Long, D.M.: Book Review: Neurological Foundations of Cognitive Neuroscience by Mark D'Esposito. Neurosurgery Quarterly    13(2):149, 2003.

245.    Long D.M.: Book Review: Perceptual Learning by Fahle M. and Poggio T., Neurosurgery Quarterly 13(2):149, 2003.

248.    Long, D.M.: Book Review: The Intact and Sliced Brain. Steriade M., Neurosurgery Quarterly 12:2; 2002.

249.    Long D.M. Perioperative Care in Spinal Operations. MedLink Neurology online (www.medlink.com)                    September 2003

250.    Long D.M.: Book Review: The Dynamic Neuron by Smythies J., Neurosurgery Quarterly 13(1):56; 2003

251.    Long D.M.: Book Review: Microarrays for the Neurosciences: An Essential Guide, eds Geschwind and Gregg JP., Neurosurgery Quarterly 12(1):56-57; 2003.

252     Long, DM. Cecile and Oskar Vogt: Book Review: The Visionaries of Modern Neurosciences. Klatzo, I. , Neurosurgery Quarterly 13:3; 2003

253.    Long, DM. Book Review: The Brain Atlas.    Woolsey, T., Hannaway, J., Gado, M. Neurosurgery Quarterly 13:4, 2003

254.    Lee DJ, Westra WH, Staecker H, Niparko JK. Clinical and Histological Features of Recurrent Vestibular Schwannoma (Acoustic Neuroma) after Stereotactic Radiosurgery. Otology & Neurology 24; 2003

255.    Long, DM. Competency-Based Training in Neurosurgery: The Next Revolution in Medical
        Education Surgical Neurology Vol. 61 No. 1 p. 5-15; 2004

256.    Long, DM. Perioperative Care in Spinal Operations.    Medlink Neurology online
        (www.medlink.com)
        June 2004

257.    Long, DM. Book Review: Transcranial Magnetic Stimulation. Walsh, V., Pascual-Leone, A.
        Neurosurgery Quarterly. 14:2; 2004.

258.    Long, DM. Book Review: Radiant Cool. A Novel Theory of Consciousness. Lloyd D.
        Neurosurgery Quarterly. 14:2 2004

259     Long, DM. Book Review: Toward Replacement Parts of the Brain, Implantable Bometic
        Electronics as Neural prosthese. Berger and Glanzman. Neurosurgery Quarterly. 15:4; 2005

260     Charles J. Limb, MD; Donlin M. Long; John Niparko, MD Acoustic neuromas after Failed
        Radiation Therapy: Challenges of Surgical Salvage    Laryngoscope, 115:93, 2005

261     Long DM, Davis RF, Speed WG, Hendler, NH, Fusion for Occult Postraumatic Cervical Facet
        Injury Neurosurgery Quarterly 16:3, 2006

262     Allan Gottschalk, M.D.,Ph.D., Lauren C. Berkow, M.D., Robert D. Stevens, M.D., Marek Mirski,
        M.D., Ph.D., Michael Erdek, M.D., Richard E. Thompson, Ph.D., Elizabeth D. White R.N., Jon
        D. Weingart, M.D., Donlin M. Long, M.D., Yaster, M.D. A Prospective Evaluation of Pain and
        Anagesic Use Following Major Elective Intra-Cranial Surgery.    J. Neurosurg. / Volume 106 /
        February, 2007

263     Clinton J. Baird, M.D., Alia Hdeib, B.S., Ian Suk ,B.S., B.M.C., Howard W. Francis, M.D.,
        Michael Holliday, M.D., Rafael J. Tamargo, M.D., Henry Brem, M.D., and    Donlin M. Long
        M.D., Ph.D. Reduction of cerebrospinal fluid rhinorrhea after vestibular schwannoma surgery by
        reconstruction of the drilled porus acusticus with hydroxyapatite bone cement.    2007

264     Mohammed    BenDebba, PhD, Gere S. DiZerega, MD. Donlin M. Long, MD,Ph.D The Lumbar
        Outcomes Questionnaire: its development and psychometric properties M. BenDebba et al. / The
        Spine Journal 7 (2007)    118-132

265     Mohammed BenDebba, PhD, Gere S. Dizerega, M.D., Donlin M. Long, M.D.,Ph.D. The Lumbar
        Spine Outcomes Questionnaire: its development and psychometric properties No2 Baltimore Spine
        Outcomes Research Center 2002

266     Long DM, Book Review: Management of Acute Stroke/CVA: Focus on Blood Flow Regulation
        and Blood Pressure Guest Editor: Jose Suarez. Philadelphia, PA: Elsevier Saunders, September
        2006.    Volume17, Supplement I, ISSN 1042-3680; 79 pages

267     Long DM, Book Review: The Dana Guide to Brain Health: Floyd E. Bloom, M. Flint    Beal,
        David J. Kupfer.    New York, Washington : Dana Press, 2006. 1st ed. ISBN 10 1932594108; 723
        pages.

268     Long DM, Book Review: Status Epilepticus:    Claude G. Wasterlain and David M. Treiman, eds.

Cambridge, MA:   The MIT Press, 2006. 1st ed. ISBN 10 0262232456; 623 pages. $135.

269   Daniel M. Scubba, MD., Joseph C. Noggle,B.S., Ananth K. Yellimana, James E. Conway, M.D. Ph.D., Ryan M. Kretzer, M.D., Donlin M. Long, M.D.,Ph.D. and Ira M. Garonzik, M.D. Laminar screw fixation of the axis.   J. Neurosurg.: Spine / Volume 8 / April 2008

270   Scott L. Parker, B.S.,   Risheng Xu, A.M.,   Matthew J. McGirt, M.D.,   Timothy F. Witham, M.D., Donlin M. Long, M.D., and Ali Bydon, M.D. Long-term back pain after a single-level disectomy for radiculopathy: incidence and health carecost analysis. J Neurosurg: Spine/Volume 12/February 2010

## BOOKS

1.   Bunch WH, Cass AS, Bensman AS and Long DM:   Modern Management of Myelomeningocele. Warren H. Green, Inc., Publisher, St. Louis, Missouri, 1972.

2.   Hendler NH, Long DM and Wise TN (eds): Long DM: The evaluation and treatment of low back pain. In: Diagnosis and Treatment of Chronic Pain.   Boston, 1982, Chapter 4, pp. 31-42.

3.   The American Journal of Medicine,   Proceedings of a Symposium Antipyretic Analgesic Therapy Current Worldwide Status.   November 14, 1983. Vol. 75, No. 5A.   Technical Publishing, New York. (ed) Zimmerman M and Long DM.

4.   Landolt AM (Sr. Editor), Derome P, de Villiers JC, Kikuchi H, Long D, Pasztor E, Peerless SJ, Wilson CB (Editorial Bd.) Progress in Neurological Surgery Vol. II, Complications in Neurosurgery I.   Karger Publishing Co., Basel, Munchen, Paris, London, New York, Tokyo, Sydney, 1984.

5.   Landolt AM, Derome P, deVilliers JC, Kikuchi H, Long DM, Pasztor E, Peerless SJ, Wilson CB (ed.)   Progress in Neurological Surgery Intensive Care and Monitoring of the Neurosurgical Patient.   Karger, Basel, Switzerland, 1987.

6.   Long DM:   ATLAS OF OPERATIVE NEUROSURGICAL TECHNIQUE   Volume 1 Cranial Operations.   Long DM (ed), Williams and Wilkins, Baltimore, Maryland,   1989.

7.   Long DM:   Advances in Neurology Volume 52 Brain Edema   Pathogenesis, Imaging, and Therapy.   Long (editor), Raven Press, New York, 1990.

8.   Long DM and McAfee PC (eds), ATLAS OF SPINAL SURGERY.   Williams and Wilkins, Baltimore, Maryland,   1992.

9.   SURGERY FOR SKULL-BASE TUMORS.   Long DM (ed), Blackwell Scientific Publications, Oxford, England, 1992. (Long DM:   Subfrontal approach to the frontal meningioma, Chapter 5, pp. 93-103;   Long DM:   Acoustic tumors, Chapter 13, pp. 222-236;   Long DM: Meningiomas of the clivus, Chapter 14, pp. 237-246.

10.   Long DM: Current Therapy in Neurological Surgery.   January, 1985.   BC Decker Inc., Toronto, Philadelphia.

11.   Long DM: Current Therapy in Neurological Surgery. February, 1989.   BC Decker Inc., Toronto, Philadelphia.

12.     Long DM:   Contemporary Diagnosis and Management of Pain.   Handbooks in Health Care Co., a division of Associates in Medical Marketing Co., Inc., Newtown, PA, 1997.

13.     Long DM:   Contemporary Diagnosis and Management of Pain.   Handbooks in Health Care Co., a division of Associates in Medical Marketing Co., Inc., Newtown, PA, Second Edition, 2000.

14.     Long DM, Niparko JK, O'Malley BW, Zinreich SJ (editors). An Atlas of Skull Base Surgery. March 2003 The Parthenon Publishing Group, New York, NY

15.     Long DM:   Contemporary Diagnosis and Management of Pain.   Handbooks in Health Care Co., a division of Associates in Medical Marketing Co., Inc., Newtown, PA, Third Edition, 2005.


BOOK CHAPTERS

1.     French LA, Chou SN, Long DM and Seljeskog EL:   Clinical management of cerebellar neoplasms.   Reprinted from The Cerebellum in Health and Disease, Fields WS and Eillis WD, Jr. (eds) Warren H. Green, Inc. Publisher, St. Louis, Missouri.   Chapter 29, pp. 502-522, [presented at the Dallas Nro. Symp. March, 1968].

2.     Long DM, Kieffer SA, Chou SN:   Tumorous lesions of the skull.   Neurosurgery, Youmans JE (ed), W.B. Sanders Co. Publisher.   1968-69, pp. 1231-1274.

3.     Long DM:   Cutaneous afferent stimulation for relief of chronic pain. Clinical Neurosurgery 21:257-268, Chapter 22, 1974.

4.     Long DM and Maxwell RE:   Steroids in the treatment of head injury:   In, Handbook of Clinical Neurology, Vol. 24, Injuries of the Brain and Skull Part II.   PJ Vinken and GW Bruyn (ed). North-Holland American Elsevier Publishing Co., Inc. NY Chapt. 32 pp. 627-635, 1976.

5.     Long DM:   The comparative efficacy of drugs vs. electrical modulation in the management of chronic pain. In, Current Concepts in the Management of Chronic Pain, Pierre LeRoy (ed). Symposia Specialist, Miami pp. 53-61, 1977.

6.     Long DM:   Stimulation of peripheral nerves, spinal cord and brain for pain relief. Relief of Intractable Pain.   M. Swerdlow (ed), Elsevier/North Holland Biomedical Press.   Chapter 8, 183-209, 1978.

7.     Long DM:   Colloquium - Is there a surgical cure for pain?   Chapter 51, Clinical Neurosurgery Vol. 25, 717-727, 1978.

8.     Long DM:   Functional neurosurgery.   In, Metabolic Surgery.   Modern Surgical Monographs, Buchwald H and Varco RL (ed), Grune & Stratton, Publishers, New York, pp. 229-254, 1978.

9.     Long DM:   Medial longitudinal myelotomy.   Modern Technics In Surgery - Neurosurgery 7. Futura Publishing Company.

10.     Long DM: Current status of neuroaugmentation procedures for chronic pain.   In, Mechanisms of Pain and Analgesic Compounds.   Beers and Basset (eds).   Eleventh Miles International Symposium.   Raven Press, 1979.

11.     Long DM, Campbell JN and Gucer G:   Transcutaneous electrical stimulation for relief of chronic

22

pain.   Advances in Pain Research and Therapy. Vol. 3, pp. 593-599.   Bonica JJ (ed).   Raven Press, New York, 1979.

12.   Long DM:   Chronic pain:   Staging and stimulation.   In, Altering the Experience of Pain. Pfizer Publishers, New York, pp. 29-33, 1979.

13.   Long DM and Leibrock L:   The transcallosal approach to the anterior ventricular system and its application in the therapy of craniopharyngioma.   Clinical Neurosurgery Vol. 27, pp. 160-168, 1980.

14.   Long DM:   A comprehensive model for the study of therapy of pain:   Johns Hopkins Pain Research and Treatment Program.   In, New Approaches to Treatment of Chronic Pain:   A Review of Multidisciplinary Pain Clinics and Pain Centers.   NG LKY (ed), pp. 66-75, May, 1981.

15.   Long DM:   Patient selection and the results of spinal cord stimulation for chronic pain.   In, Indications for Spinal Cord Stimulation, Proceedings of a Symposium,   Hosobuchi Y, Corbin T (eds) pp. 1-16, July, 1981.

16.   Long DM and Rhoton AL:   The pterional approach in aneurysm surgery, Part II.   In, Clinical Management of Intracranial Aneurysms, Hopkins LN and Long DM (eds).   Raven Press, New York, pp. 245-262, 1982.

17.   Long DM:   Rehabilitation of patients suffering from chronic pain.   In, Rehabilitation of the Neurological Patient, Illis LS, Sedgwick EM and Glanville HJ (eds), Blackwell Scientific Publication, pp. 282-311, 1982.

18.   Long DM:   The evaluation and treatment of low back pain. In, Hendler NH, Long DM and Wise TN (eds):   Diagnosis and Treatment of Chronic Pain.   Boston, 1982, Chapter 4, pp. 31-42.

19.   Campbell JN and Long DM:   Transcutaneous electrical stimulation for pain:   Efficacy and mechanism of action.   In, Hendler NH, Long DM and Wise TN (eds):   Diagnosis and Treatment of Chronic Pain.   Boston, 1982, Chapter 8, pp. 77-96.

20.   Long DM:   Surgical evaluation and treatment of headache.   In, Hendler NH, Long DM and Wise TN (eds):   Diagnosis and Treatment of Chronic Pain.   Boston, 1982, Chapter 12, pp. 133-139.

21.   Long DM:   Pain of spinal origin.   In, Neurological Surgery, Volume 6, edited by JR Youmans, Chapter 126, pp. 3613-3626.   W. B. Saunders Publishing Co., 1982.

22.   Long DM:   Pain of visceral origin.   In, Neurological Surgery, Volume 6, edited by JR Youmans, Chapter 127, pp. 3627-3633.   W. B. Saunders Publishing Co., 1982.

23.   Long DM:   Pain of peripheral nerve injury.   In, Neurological Surgery, Volume 6, edited by JR Youmans, Chapter 128, pp. 3634-3643.   W. B. Saunders Publishing Co., 1982.

24.   Long DM, Kieffer SA and Chou SN:   Tumors of the skull.   In, Neurological Surgery, Vol. 5, edited by JR Youmans, Chapter 105 pp. 3227-3268, W. B.   Saunders Company, Publisher, 1982.

25.   Long DM:   Cervical Cord Tumors.   In, The Cervical Spine, The Cervical Spine Research Society.   Chapter 8, pp. 323-335, Philadelphia, J. B. Lippincott, 1983.

26.   Long DM:   Chronic Cervical Pain Syndromes.   In, <u>The Cervical Spine</u>, <u>The Cervical Spine Research Society</u>.   Chapter 11, pp. 424-429, Philadelphia, J. B. Lippincott, 1983.

27.   Long, DM:   Traumatic brain edema.   Chapter 11, In:   <u>Clinical Neurosurgery</u>, 1983, Weiss M (editor), Williams and Wilkins, Baltimore.

28.   Long DM:   Stimulation of peripheral nerves, spinal cord and brain for pain relief.   In, <u>Monographs in Anaesthesiology</u>,   <u>Relief of Intractable Pain</u> 13, Swerdlow M (editor),   Elsevier Publishers, Amsterdam, 1983,   Chapter 9 pp. 239-267.

29.   Long DM:   Abdominal Pain, In, <u>Current Therapy in Gastroenterology and Liver Disease</u> 1984-1985, pp.129-134,   Bayless TM (editor)   B. C. Decker, Inc.   Publisher,   Philadelphia, 1984.

30.   Long DM:   Management of pain in the elderly.   In, <u>Principles of Geriatric Medicine</u>.   Part 5, Chapter 20, pp.199-208.   Andres R, Bierman EL, Hazzard WR (eds.), McGraw-Hill Book Company, New York, 1984.

31.   Long DM:   Anatomy and physiology of pain.   <u>Neurosurgery</u>, Wilkins R and Rengachary (eds). McGraw-Hill Book Company,   New York, vol. 3, 1985: 2313-2317.

32.   Long DM:   Transcutaneous electrical stimulation for pain relief.   <u>Neurosurgery</u>, Wilkins R and Rengachary (eds.)   McGraw-Hill Book Company, New York, Vol. 3, 1985: 2410-2414.

33.   Long DM:   Microvascular changes in cold injury edema.   In, <u>Recent Progress in the Study and Therapy of Brain Edema</u>, Go KG and Baethmann A (editors).   Planum Publishing Corporation, 1984, pp. 45-54.

34.   Long DM:   Clinical Research.   <u>Neurosurgery</u>, Wilkins R and Rengachary (eds) McGraw-Hill Book Company, New York, In Press.

35.   Long, DM: Stimulation of the peripheral nervous system for pain control.   In, <u>Clinical Neurosurgery</u> Congress of Neurological Surgeons, Volume 31, Chapter 18, pp. 323-343, 1984. Williams and Wilkins, Publisher, Baltimore, MD.

36.   Long DM:   Low back pain and sciatica.   In, <u>Current Therapy in Neurologic Disease 1985-1986</u>, pp. 69-72,   Johnson RT (editor)   B. C. Decker, Inc. Publisher, Philadelphia, Toronto, 1984.

37.   Long DM:   New therapies for brain edema.   In, <u>Brain Edema</u>,   Inaba, Ito (editors),   pp. 565-577, Springer-Verlag, Berlin, Heidelberg, 1985.

38.   Long DM and Ko H:   Quantification of brain edema by measurement of brain conductivity.   In, <u>Brain Edema</u>, Inaba, Ito (editors),   pp. 632-637, Springer-Verlag, Berlin, Heidelberg, 1985.

39.   Long DM:   General considerations in pediatric neurosurgery.   In, <u>Pediatric Surgery, 4th Edition</u>. Ravitch, M. (editor).   Chapter 142, pp. 1420-1425, Yearbook Publishers, 1985.

40.   Long DM:   Infections of the Nervous System.   In, <u>Pediatric Surgery, 4th Edition</u>.   Ravitch, M. (editor).   Chapter 142, pp. 1443-1445, Yearbook Publishers, 1985.

41.   Long DM:   Aneurysms and arteriovenous malformations.   In, <u>Pediatric Surgery, 4th Edition</u>.

Ravitch, M. (editor).    Chapter 142, pp. 1445-1449, Yearbook Publishers, 1985.

42.    Long DM:    Miscellaneous neurosurgical conditions.    In, <u>Pediatric Surgery, 4th Edition</u>. Ravitch, M. (editor). Chapter 142, pp. 1449-1452, Yearbook Publishers, 1985.

43.    <u>Current Therapy in Neurological Surgery 1985 - 1986</u>.    Long, DM (editor), B. C. Decker, Inc., Publisher, Toronto, Philadelphia; C. V. Mosby Company, St. Louis, Toronto, London, 1985.

44.    Long DM:    Meningioma of olfactory groove and planum sphenoidale.    In, Long DM (editor), <u>Current Therapy in Neurological Surgery 1985 - 1986</u>, pp. 1-2, B. C. Decker Publisher, Toronto, Philadelphia, C. V. Mosby Company, St. Louis, Toronto, London, 1985.

45.    Long DM:    Meningioma of the visual apparatus.    In, Long DM (editor), <u>Current Therapy in Neurological Surgery 1985 -1986</u>, pp. 4, B. C. Decker Publisher, Toronto, Philadelphia, C. V. Mosby Company, St. Louis, Toronto, London, 1985.

46.    Long DM:    Tumor of the cerebellopontine angle.    In, Long DM (editor), <u>Current Therapy in Neurological Surgery 1985 - 1986</u>, pp. 21-24, B. C. Decker Publisher, Toronto, Philadelphia, C. V. Mosby Company, St. Louis, Toronto, London, 1985.

47.    Long DM:    Tumor of the glomus jugulare.    In, Long DM (editor), <u>Current Therapy in Neurological Surgery 1985 - 1986</u>, pp. 24, B. C. Decker Publisher, Toronto, Philadelphia, C. V. Mosby Company, St. Louis, Toronto, London, 1985.

48.    Long DM:    Chronic pain syndrome.    In, Long DM (editor), <u>Current Therapy in Neurological Surgery 1985-1986</u>, pp. 208-209, B. C. Decker Publisher, Toronto, Philadelphia, C. V. Mosby Company, St. Louis, Toronto, London, 1985.

49.    Long DM:    Evaluation and therapy of the failed back syndrome.    In, Wu W (ed.), <u>Pain Management Assessment and Treatment of Chronic and Acute syndromes</u>. Human Sciences Press, Inc., New York, 1987, pp. 335-354.

50.    Long D:    Laminotomy for lumbar disc disease.    In, Watkins RG, Collis JS, Jr (eds.) <u>Lumbar Discectomy and Laminectomy    Principles and Techniques in Spine Surgery</u>.    Aspen Publishers, Rockville, 1987, Chapter 18, pp. 173-177.

51.    Long DM:    Acute and chronic pain.    In, Davis JH, Drucker WR, Foster RS, Gamelli RL, Gann DS, Pruitt BA and Sheldon GF, editors, <u>Clinical Surgery</u>, Volume 1, Chapter 17, pp. 509-534, C. V. Mosby Company, St. Louis, Missouri, 1987.

52.    Long DM:    Diencephalic surgery for the relief of pain.    In, Holtzman RNN, Stein BM (eds) <u>Surgery of the Diencephalon</u>, pp. 83-92, Plenum Publishing, New York, 1989.

53.    Long DM:    Nonsurgical therapy for low back pain and sciatica.    In, <u>CLINICAL NEUROSURGERY</u> Volume 35, Chapter 18, pp. 351-359, 1988.

54.    Long DM:    <u>Current Therapy in Neurological Surgery - 2</u>.    Long DM (editor). B. C. Decker, Inc, Toronto, Philadelphia, 1989.

55.    Long DM:    Meningiomas and other tumors of the clivus.    In, <u>Current Therapy in Neurological Surgery - 2</u>.    Long DM (editor). B. C. Decker, Inc, Toronto, Philadelphia, pp. 19-21, 1989.

56.    Long DM:    Brain Stem Glioma.    In, <u>Current Therapy in Neurological Surgery - 2</u>.    Long DM

(editor). B. C. Decker, Inc, Toronto, Philadelphia, pp. 84-85, 1989.

57.    Long DM:    Herniated Thoracic Disc.    In, Current Therapy in Neurological Surgery - 2.    Long DM (editor). B. C. Decker, Inc, Toronto, Philadelphia, pp. 267-268, 1989.

58.    Long DM:    Craniosynostosis.    In, Current Therapy in Neurological Surgery - 2.    Long DM (editor). B. C. Decker, Inc, Toronto, Philadelphia, pp. 321-322, 1989.

59.    Long DM:    Lipoma and Lipomyelomeningocele.    In, Current Therapy in Neurological Surgery - 2.    Long DM (editor). B. C. Decker, Inc, Toronto, Philadelphia, pp. 323-324, 1989.

60.    Long DM:    Cervical Cord Tumors.    In, The Cervical Spine, The Cervical Spine Research Society.    Chapter 8, pp. 526-543, Philadelphia, J. B. Lippincott, 1989.

61.    Ikeda Y, Brelsford KL, Long DM:    Oxygen free radicals in the genesis of traumatic brain edema. In, Hoff JT and Betz AL (eds) Intracranial Pressure VII, pp. 799-803, Springer-Verlag, Berlin, Heidelberg, 1989.

62.    Spatz M, Bacic F, McCarron RM, Merkel N, Uematsu S, Long DM and Bembry J:    Cholinergic and histaminergic receptors in cultured endothelium derived from human cerebral microvessels. In, Seylaz J and MacKenzie ET (eds), Neurotransmission and Cerebrovascular Function I, Elsevier Science Publishers, 1989.

63.    Long DM, Holliday M, Zinreich SJ, Mattox DE:    Uncommon tumors of the skull base and uncommon approaches to them.    In, Rosenblum ML (editor), NEUROSURGERY CLINICS OF NORTH AMERICA    The Role of Surgery in Brain Tumor Management, Volume 1, Number 1, pp. 225-242, January 1990.

64.    Long DM:    Surgical approaches to tumors of the skull base:    An overview.    In, Wilkins RH, Rengachary SS (eds), NEUROSURGERY UPDATE I    Diagnosis, Operative Technique, and Neuro-Oncology,    Chapter 28, pp. 266-276, McGraw Hill, Inc., 1990.

65.    Long DM:    Failed back surgery syndrome.    In, Winn HR, Mayberg MR, Loeser JD (eds), Neurosurgery Clinics of North America 2(4):899-919, October, 1991, Saunders, Philadelphia.

66.    Long DM:    Intracranial epidermoid tumors.    In, Apuzzo MLJ (ed) **BRAIN SURGERY    COMPLICATION AVOIDANCE AND MANAGEMENT,** chapter 23, pp. 669-688.    Churchill Livingstone, New York, 1993.

67.    Long DM:    Surgical decision-making in the chronic back syndrome.    In, Hardy RW, Jr. (ed), Lumbar Disc Disease, Second Edition, Chapter 26, pp. 285-291, Raven Press, New York, 1993.

68.    Long DM:    Rehabilitation of the Patient with Persistent Pain.    In, Neurological Rehabilitation Second Edition.    Illis LS (ed).    Blackwell Scientific Publishers,    Oxford, 1994, pp. 394-408.

69.    Long DM:    Surgery for cervical spine tumors.    In, THE CERVICAL SPINE:    AN ATLAS OF SURGICAL PROCEDURES.    Sherk HH (ed).    J. B. Lippincott Co, Philadelphia, 1994, pp. 289-307.

70.    Long DM, Zeidman SM:    Outcome of low back pain therapy.    In, Perspectives in Neurological Surgery Volume 5 Number 1.    Hadley MN (editor).    Quality Medical Publishing, St. Louis, 1994, pp. 41-51.

71.  Long CM:   Neurosurgery, Current Practice.   In, The Oxford Medical Companion.   Walton J, Barondess JA, Lock S (eds.).   Oxford University Press, Oxford, New York, Tokyo, 1994, pp. 639-646.

72.  Long D, Watts C:   Lessons from recent national back pain projects.   In, Salcman M (editor) Current Techniques in Neurosurgery, 2/e, Current Medicine, Philadelphia,   Chapter 13, pp. 171-182, 1996.

73.  Long DM:   Surgical approaches to tumors of the skull base:   An overview.   In, Wilkins RH and Rengachary SS (eds), Neurosurgery 2nd Edition, Volume II, Chapter 155, pp. 1573-1583, McGraw-Hill Publishers, 1996.

74.  Long DM:   Anatomy and physiology of pain.   In, Wilkins RH and Rengachary SS (eds), Neurosurgery 2nd Edition, Volume III, Chapter 401, pp. 3895-3899, McGraw-Hill Publishers, 1996.

75.  Long DM:   Clinical research.   In, Wilkins RH and Rengachary SS (eds), Neurosurgery 2nd Edition, Volume III, Chapter 439, pp. 4219-4225,   McGraw-Hill Publishers, 1996.

76.  Long DM:   The development of the comprehensive pain treatment program at Johns Hopkins. In, Cohen MJM and Campbell JN (eds.), Pain Treatment Centers at a Crossroads:   A Practical and Conceptual Reappraisal, Progress in Pain Research and Management, Volume 7, pp: 3-24, IASP Press, Seattle, 1996.

77.  Long DM:   The founding philosophy of neurosurgery.   In, Awad IA (ed.), Philosophy of Neurological Surgery   Neurosurgical Topics, Chapter 1, pp. 1-11, 1995.

78.  Zeidman SM and Long DM:   Failed back surgery syndrome.   In,   Menezes AH and Sonntag VKH (eds.) Principles of Spinal Surgery, Volume 1, Chapter 43, pp. 657-679, McGraw-Hill Publishers, 1996.

79.  Long DM:   Neurosurgical training at present and in the next century.   In, Training in Neurosurgery   Proceedings of the Conference on Neurosurgical Training and Research, Munich, October 6-9, 1996 (Reulen H-J and Steiger H-J (eds).   Acta Neurochir (1997) [Suppl] 69:58-64, Springer-Verlag.

80.  Long DM:   Low back pain.   In, Johnson RT and Griffin JW (eds), Current Therapy in Neurologic Disease   Fifth Edition, pp. 71-76, Mosby-Year Book, St. Louis, 1997.

81.  Long DM:   Overview of the failed back syndrome.   In, Gildenberg PL and Tasker RR (eds), Textbook of Stereotactic and Functional Neurosurgery, Chapter 161, pp. 1601-1610, 1998.

82.  Long DM:   Intradural lesions of the spine.   In:   An HS, ed.   Principles and Techniques of Spine Surgery, Chapter 27, pp. 551-566, Baltimore:   Williams & Wilkins, 1997.

83.  Long DM:   Failed back syndrome.   SPINE   Failed Spinal Surgery:   State of the Art Reviews --Vol. 11, No. 3, September, 1997, Philadelphia, Hanley & Belfus, Inc., pp. 439-452, Kostuik JP (ed).

84.  Samdani AF, Tamargo RJ, Long DM:   Brain tumor edema and the role of the blood-brain barrier. Handbook of Clinical Neurology, Vol. 23(67): Neuro-Oncology, Part I, Chapter 4, pp. 71-102, Editor:   Ch. J. Vecht.   1997 Elsevier Science BV, The Netherlands.

85.    Long, DM: Assurance of competency in residency training: Neurosurgical education in the twenty-first century.   In, Neurosurgery in Transition. The Socioeconomic Transformation of Neurological Surgery, Concepts in Neurosurgery, Volume 9, Bean JR (ed), Chapter 10, pp: 147-156, Williams & Wilkins, 1998.

86.    Long DM: Intradural lesions.   In, An Atlas of Surgery of the Spine, Chapter 21, pp. 353-376, Martin Dunitz, London,   1998.

87.    Connolly ES, Long DM: Spinal Reoperations.   Spine Surgery: Techniques, Complication Avoidance, and Management. Vol. 2.   Churchill Livingstone, New York, 1999:843-847.

88.    Long DM: Chronic back pain.   Textbook of Pain.   4th Ed.   Edited by Patrick D. Wall and Ronald Melzack.   1999; 539-558.

89.    Sampath P, Long DM: From simple cure to cranial nerve preservation: Thirty years of acoustic neuroma (1969-1999) microsurgery.   Advances in Clinical Neurosciences, Edited by Sinha and Chandra, 1999; 9:77-99.

90.    Long, DM: Reoperation for the Failed back Syndrome. Summary of a Thirty Year experience. First Interdisciplinary World Congress on Spinal Surgery and Related Disciplines. M. Brock, W. Schwarz, C. Wille - Monduzzi Editore, International Proceedings Division 2000, Chapter 2, pp. 9-15

91.    Long DM, BenDebba M, Brem H: Neurosurgery. Evidence-Based Surgery.   2000 B.C. Decker, 2000, pp. 629-642,

92.    Long, D.M.- Contributor. Guides to Evaluation of Permanent Impairment. 5th Edition. Chapter13: The Central and Peripheral Nervous System: Chapter 15: The Spine

93.    Long, D.M. Contributor. Guides to Evaluation of Permanent Disability 4th Edition, 3rd Edition. Chapter 15: The Spine.

94.    Long, DM. Monograph (recorded, produced, and edited by Anne Louise Oaklander, MD) IASP:APS Archives Series: Early Research and Developments in the Study of Pain and Suffering: 2001.

95.    Long, DM: Failed Back Syndrome: Etiology, Assessment, and Treatment - Chapter 27, pp: 354-364. Surgical Management of Pain, edited by Kim Burchiel, Published by Thieme Medical Publishers, Inc. NY, 2002

96.    Oaklander AL, Long DM. Trigeminal Glossopharyngeal neuralgia; pp 95-97. Current Therapy in Neurologic Disease; sixth edition; edited by Johnson RT, Griffin JW, McArthur JC, published by Mosby Inc. St. Louis, Missouri, 2001

97.    Long DM. Competency Based Residency Training: The Next Advance in Graduate Medical Education. Pp 153-158 Risk Control and Quality Management in Neurosurgery, Acta Neurochirurgica, Supplement 78, edited by: Steiger H-J, and Uhl E, published by Springer-Verlag/Wien 2001

98.    Long DM:   Neurosurgery, Current Practice.   In, The Oxford Medical Companion - Second

28

Edition.   Walton J, Barondess JA, Lock S (eds.).   Oxford University Press, Oxford, New York, Tokyo, 2000

99.   Long DM: Walter Dandy: Commentary on the Hopkins Years. In Walter Dandy. The personal Side of a Premier Neurosurgeon by Mary Ellen Dandy Marmaduke. Awad IA, Laws ER (Eds). Lippincott Williams & Wilkins, 2002

100.   Long DM, Wilson CB, Bates EA. OR-21 - A Modular Operating Room Concept for the 21st Century. in The Operating Room of the 21st Century. Editor: Apuzzo MLJ. AANS - Walsworth Printing, May 2003.

101.   Long DM. Chronic back pain. In Handbook of Pain Management, a Clinical Companion to Wall and Melzack's Textbook of Pain. Chapter 5, 67-76. Editors: Wall & Melzack. Churchill Livingson, Elsevier. 2003

102.   Long DM, BenDebba M: Diagnosis and management of low back pain In, Diseases of the Nervous System. Clinical Neuroscience and Therapeutic Principles. Third Edition. Chapter 51:760-770. Editors Asbury AK, McKhann GM, McDonald WI, Goadsby PJ, McARthur JC. Cambridge University Press, Cambridge, UK 2002.

103.   Sampath, P; Long, DM: Acoustic Tumors In, Youmans Neurological Surgery. Fifth Edition. Chapter 65: 1147-1168. Editor Winn, H. Richard. Saunders, Philadelphia, PA 2003

104.   Long, DM. Current Management of Acoustic Neuroma In, Advances in Clinical Neurosciences. Chapter 13: 97-109. 2004

105.   Long, DM; Hagfors, N: Peripheral Stimulation for Pain Control and the Development of Modern Transcutaneous Stimulation for Pain In, Bioelectromagnetic Medicine. Chapter 24: 355-367. Editors Paul J. Rosch, Marko S. Markov. Marcel Dekker, Inc. New York, NY 2004

106.   Long, DM:   Neck and Shoulder Pain In, Pain Medicine & Management, Just the Facts by Mark S. Wallace, MD and Peter S. Staats, MD, MBA, Section VI No. 27:147-151.   McGraw-Hill Companies, Inc. 2005

107.   Long, DM: The ideal neurosurgical training curriculum In, Training in Neurosurgery in the Countries of the EU, A Guide To Organize a Training Programme by H.J. Reulen, Section IV No. 21-31. Editor H. J. Steiger. SpringerWienNewYork 2004

108.   Long, DM; Connolly, E: Spinal Reoperations In, Spine Surgery, Techniques, Complication Avoidance, and Management Vol. 2 by Edward C. Benzel, Chapter 89:1221-1225. Elsevier Churchill Livingstone 2004

109.   Long ,DM. In Operative Neurosurgical Techniques, Indications, and Results Volume I by Henry H. Schmidek and David W. Roberts, Saunders Elsevier Fifth Edition 2006, Chapter 154 Management of Persistant Symptoms after Lumbar Disc Surgery p 2153-2165

110.   Long, DM. Surgical Treatment for Back and Neck Pain in Wall Melzack's Textbook of Pain, eds. McMahon and Koltzenbarg. Elsevier 2006.

111.   Long, DM. Avaliacao Logica e Tratamento do Pacienta com Dor na Coluna Lomaar Conceitos Avancados em Doenca Degenerative Discol Lombar Locoes de Uma Vida. Eds, Pineiro-Franco,

Vaccaro, Benzel, Mayer Dilivros, Rio de Janiero, Brazil, 2010

**Editorial Activities**

EDITORSHIP:              Neurosurgery Quarterly

CONTRIBUTOR:             AMA Panels for Evaluation of Permanent Impairment. Editions III, V.

EDITORIAL BOARDS: Applied Neurophysiology
PAST AND ACTIVE       Acta Neurologica Scandinavica
                      Contemporary Neurology
                      Critical Reviews in Neurosurgery
                      Journal of Neurologic Rehabilitation (term ended 1993)
                      Lasers in Surgery and Medicine
                      Malaysian Journal of Medicine
                      Neurosurgery
                      Neurosurgery Journal of Nepal
                      Pan Arab Journal of Neurosurgery
                      Raven Press - Lippincott, Williams and Wilkins   - Neuroscience Panel
                      Skull Base Surgery Journal
                      Spine (Member of founding Editorial Board)
                      Surgical Neurology
                      Surgical Neurology International

AD HOC REVIEWER: Acta Neurochirurgica
                 Annals of Neurology
                 Cancer
                 Journal of the American Medical Association
                 New England Journal of Medicine
                 Academic Medicine

**CLINICAL ACTIVITIES:**

MEDICAL LICENSURE:       Maryland, 1973 - current
                         Massachusetts, 1965
                         Minnesota, 1961
                         Missouri, 1959

BOARD CERTIFICATION:   American Board of Neurological Surgery
                       November 6,1968

**ORGANIZATIONAL ACTIVITIES:**

CONSULTANT:

   1970-73           Minnesota Veterans Administration Hospital, Minneapolis, Minnesota

   1973-2000         Baltimore City Hospital; Bayview Medical Center Baltimore, MD

| 1973-resigned | Columbia Hospital and Clinics Foundation, Columbia, Maryland |
| 1973-resigned | Loch Raven Veterans Administration Hospital, Baltimore, Maryland |
| 1974-resigned | Prince Frederick General Hospital, Prince Frederick, Maryland |
| 1974-resigned | Montebello Hospital , Baltimore, Maryland |
| 1977-2010 | Kennedy-Krieger Institute, Baltimore, Maryland |

## CLINICAL RESEARCH ACTIVITIES - ON GOING OR RECENT SINCE 2000

1)   PI   Spinal Sealant Study   Confluent Surgical   2006-2008

2)   Scientific Advisor   Unigene Co.   Remineralization of Spinal Bone

3)   Scientific Advisor   Spinal Kinetics   Artificial Cervical Disc

4)   Chair   Safety/Efficacy Monitoring Cmtee LDR Co.   Artificial Cervical Disc

5)   Chair   Scientific Advisory Group SKK Co.   Nucleolytic   Chymopain Intradiscal Therapy

6)   Medical Advisor   High Point Co.   Development of Overseas Medical Care

7)   PI   Longevity of Spinal Implants   JHMI Clinical Study

8)   Scientific Advisor   OsteogeneX   Anabolic Bone Therapies

## ACADEMIC ADMINISTRATION AND CONSULTING

| 1985,1993 | Neurosurgery Consultant, Disability Evaluation under Social Security (1985,1993 Revisions) |
| ------------- | Social Security Disability Panels (Neurosurgery Consultant) |
| ------------- | Baltimore City Hospital; Bayview Medical Center Advisory Board for Neurosurgery Baltimore, MD. |
| 1996 - | NIH-NINDS Scientific Counselors Panel |
| 1997- | Peer Review Consultant: American Medical Foundation for Peer Review & Education |
| 1996-2000 | Neuroscience Consultant, National Neuroscience Institute, Singapore |
| 1996-2000 | Council of Academic Societies Advisory Board |
| 1996- | Advisory Board - Engineering Research Center JHMI |
| 1997-2000 | Buckeye Corporation Medical Advisory Panel (for India) |

2000-        Advisory Board - Center for Complementary Medicine, JHMI

2001-2003    Chairman, Medical Advisory Panel, Guilford Pharmaceuticals

2003         Advisory Board: Agarini Foundation for Research in Neural Regeneration - University of
             Terni and JHMI

2005         The Society of Industry Leaders (SIL)

2005         The Faculty of 1000 (Medicine)

2007         Board of Directors - The Neuromodulation    Foundation, Inc.: Vice president

2008-2010    ABC News Medical Advisory Panel

SOCIETIES:   American Academy of Algology
             American Academy of Neurological Surgeons
             American Academy of Pain Medicine
             American Association of Advancement of Science
             American Association of Neurological Surgeons:Sections:    Basic Science, Spine,
             Pediatric, Cerebrovascular, Functional and Stereotaxis, Brain Tumors
             American Association of Neuropathologists
             American College of Surgeons
             American Medical Association
             American Neurological Association
             American Pain Society
             American Society for Stereotactic and Functional Neurosurgery
             American Surgical Association
             Austrian Neurosurgical Society (Honorary)
             Baltimore Neurological Society
             Brazilian Neurosurgical Academy (Honorary)
             Cajal Club
             Cervical Spine Research Society
             Congress of Neurological Surgeons
             Electron Microscopy Society of America
             Fellow of the American Heart Association (Stroke Council)-now retired (2005)
             International Association for the Study of Pain
             International Society of Pediatric Neurosurgery
             Johns Hopkins Medical and Surgical Association
             Maryland Medical Association
             Maryland Neurosurgical Society
             Mid-Atlantic Neurosurgical Society (Honorary)
             Neurosurgical Society of America
             Neurosurgery Society of Peru (Honorary)
             William T. Peyton Society
             Rocky Mountain Neurosurgical Society, Inc. (Honorary)
             Sigma XI, The Scientific Research Society
             Society of Industry Leaders
             Society of Neurological Surgeons

Society for Neuroscience
Society of University Surgeons
Southern Neurosurgical Society

JHUSOM COMMITTEES:

International Affairs Committee, 1996-98
Interdepartmental Committee on Positron Emission Tomography, 1992-98
Interdisciplinary Committee on Nuclear Magnetic Resonance, 1992-98
Walter E. Dandy Visiting Professorship Committee, 1992-98
Committee on Conflict of Interest, 1996- 2004
Documentation Committee 1996-2000
Committee on Awards 1997-
International Committee 1997- 1999
Search Committees:
        Anesthesia (Chair)
        Orthopaedics (Chair)
        Neurology (Chair) - twice
        Physical Medicine and Rehabilitation - twice

Committees on Departmental Status
        Dermatology
        Rehabilitation
Curriculum Revision - Neuroscience Subcommittee

**RECOGNITION:**

AWARDS:   O. M. Steward Physics Award - 1953, 1954, 1955
Outstanding Midshipman (NROTC Award) - 1953-54
Medical Foundation Award - 1956-57
Distinguished Alumnus Citation, Jefferson City Public Schools - 1978
Citation of Merit for Outstanding Achievement and Meritorious Service in Medicine
University of Missouri Alumni Association - 1983
Citation of Merit, University of Missouri Alumni Association - 1985
Jamison Medal, Australian Neurosurgery Society - 1986
The Wakeman Award for Research in Neuroscience - 1990
The Beks Medal - 1998
The Ginde Medal -1999
                World Federation of Neurosurgery Societies Commendation 2007

HONORS:   Deans Honor Five (scholastic) 1953, 1954, 1955, 1956, 1957, 1958, 1959
Honored Guest and Honorary Member, Australasian Neurosurgical Society - 1991
Honored guest, the Rocky Mountain Neurosurgery Society
Honored Guest and Honorary Member, Austrian Neurosurgical Society -
Honored Guest, Beks Lecture, Netherlands Neurosurgery Society - 1998
Honored Guest, The Western Neurosurgery Society - 1998
The Ginde Orator, Bombay - 1999
Award for Contributions to Neurosurgery, The World Federation of Neurosurgery
Societies 2001
Award for contributions to Brazilian Neurosurgery by Brazilian Academy of
Neurosurgery 2007

33

HONORARY
<u>SOCIETIES</u>:   Phi Eta Sigma (Freshman Men's Scholastic Society)
Pi Mu Epsilon (Mathematics Scholastic Society)
Scabbard and Blade (ROTC Scholastic Society)
Omicron Delta Kappa
Mystical 7
Alpha Omega Alpha
Sigma XI

Margaret Elder (SBN 177424)
Chandra Gehri Spenser (SB 184010)
ELDER & SPENCER, LLP
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Tel: (213) 631-8331
Fax: (888) 422-8027

Melinda Luthin (SBN 254071)
MELINDA LUTHIN LAW
2721 E. Coast Highway, Suite 201
Corona Del Mar, CA 92625
Tel: (949) 673-1161
Fax: (949) 673-1139

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CAROL ESSA, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>THE IRVINE COMPANY APARTMENT COMMUNITIES, INC., a Delaware corporation,<br><br>                Defendants. | **Case No.: 8:14-cv-01716 JLS (JCGx)**<br><br>**Assigned to Courtroom: 10-A**<br><br>**The Hon. Josephine L. Staton**<br><br>**DECLARATION OF MARIANNA THOMAS, M.A., L.M.F.T. IN SUPPORT OF PRELIMINARY INJUNCTION** |

I, MARIANNA THOMAS, M.A., L.M.F.T., declare:

    1.     I am a Licensed Marriage and Family Therapist in private practice for 32 years in Costa Mesa, California. I have been Carol Essa's psychotherapist for 9 years. My curriculum vitae is attached to this declaration as Exhibit "A." I have personal knowledge of the facts set forth below and if called to testify thereto, I could competently do so.

    2.     I am informed that Ms. Essa's landlord, the Irvine Company Apartment Communities, Inc. ("Irvine Company") will be commencing an unlawful detainer action against

1

1  Ms. Essa.

2      3.    Over the course of my treatment of Ms. Essa, I understand that Ms. Essa suffers

3  pain from swelling in her brain, neck and back. She experiences severe headaches which

4  interfere with her sleep and she has had to undergo many brain, neck & back surgeries.

5  Presently, Ms. Essa is facing more surgeries on her neck and back. Ms. Essa's physical

6  disabilities makes it hard for her to cope with the stresses she encounters in life.

7      4.    Movement is difficult for Ms. Essa and she must rest in order to keep the pain

8  level down. I observe that standing, keeping her balance, and walking are exhausting for her

9  body. I understand that Ms. Essa's nervous system is affected by the lack of sleep and the

10  constant pain as well. Ms. Essa uses a walking device, or a wheelchair and wear a neck and back

11  brace much of the time, however I observe that her attempts to walk on her own are very

12  painful.

13      5.    In my treatment of her I have observed that the pressure in her head and her pain

14  have increased significantly since the stresses in her life have increased. Holding her head and

15  neck up after a few minutes is painful and she inability to function has significantly increased. I

16  have observed that it is hard for Ms. Essa to pick up objects and noted that she drops things she

17  picks up. Ms. Essa requires assistance to help in cooking her food, shopping for food and

18  washing her clothes.

19      6.    Managing her emotions under these conditions of pain and little sleep has become

20  very difficult. Ms. Essa's brain injuries have contributed to great difficulties in emotional

21  regulation. It is difficult for Ms. Essa to organize her life and manage the many hardships that

22  she faces.

23      7.    As Ms. Essa's therapist, I am seriously concerned with Ms. Essa's ability to cope

24  with the trauma she would have to face in moving her residence at this time. Her mind and body

25  require rest. Physically and mentally she does not have the strength to mange this move. Her

26  stress level has gone up. This is creating more difficulties in emotional regulation. Thinking,

27

28                               2

1   planning, making decisions are all compromised by her worsening condition.  The increase in

2   stress level adds to Ms. Essa's  sleep difficulties which add to her physical exhaustion and pain

3   level. Sleep deprivation undermines Ms. Essa's emotional, mental and physical health. Staying in

4   her present location will keep Ms. Essa  from increasing her stress level as well as, protecting her

5   body from greater harm.

6           8.       If the eviction proceeding proceeds and Ms. Essa is forced to immediately

7   relocate her residence, the physical and mental stress on Ms. Essa's extremely frail condition will

8   likely result in irreparable physical injury and  further permanent disabilities.

9

10          I declare under the penalty of perjury under the laws of the State of California that the

11  foregoing is true and correct, and that this declaration was executed this __6__ day of November

12  2014, at Costa Mesa, California.

13

14

15          MARIANNA THOMAS, M.A., L.M.F.T

16

17

18

19

20

21

22

23

24

25

26

27

28

DEC THOMAS.wpd                    DECLARATION OF MARIANNA THOMAS, M.A., L.M.F.T.
                                  IN SUPPORT OF PRELIMINARY INJUNCTION

**EXHIBIT A**

MARIANNA THOMAS, M.A., LMFT

445 E. 17TH St. ,Suite E, COSTA MESA, CA 92627

ACADEMIC/PROFESSIONAL TRAINING

1981 M.A. Psychology from Pepperdine University

1977  California State University Long Beach , Special Education Certification

1957 M.A. in Teaching, Harvard Graduate School of Education

1956 B.A. in Philosophy, Mount Holyoke College


CERTIFICATIONS

1999 American Association of Marriage and Family Therapy (AAMFT) Approved Supervisor

1992 EMD-R  LEVEL I & II Certification

1982  Marriage and Family Therapy License (MFC 18098)


PROFESSIONAL EXPERIENCE

1982 to the present   Private Practice   Marriage and Family Therapy

1994 to the present   Founder and Director of Living Success Center, a non-profit counseling

                 Center

1992-2002            Clinical consultant and Supervisor for Women's Transitional Living Center,

                 A Shelter for batter4d women

1995                 President of the Orange County Chapter of the California Association of

                 Marriage and Family Therapists

1988-1997            Group Facilitator for VOICES,INC. (Victims of Incest Can Emerge Survivors)

1972-1988            Special Education Teacher for the Mardan Center for Educational Therapy

## CERTIFICATE OF SERVICE

I am over the age of 18 years and am not a party to the within action.  My business address is 17011 Beach Blvd. #900, Huntington Beach, CA 92647.

On November 7, 2014, I served a true and correct copy of the following document(s): **OPENING BRIEF OF CAROL ESSA IN SUPPORT OF REQUEST FOR PRELIMINARY INJUNCTION; DECLARATION OF CAROL ESSA; ELBA ROMO; DONLIN LONG, MD; MARIANA THOMAS, M.A., L.M.F.T.** upon the following person(s):

Earl Wallace, Esq.
Ruzicka, Wallace & Coughlin, LLP
6520 Bake Parkway, Suite 280
Irvine, CA 92618

In the following manner(s):

⊠      **BY MAIL**:  By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Huntington Beach, California, addressed as set forth above.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 7, 2014 at Huntington Beach, California.


*Katharine Inocente*
Katharine Inocente