**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ESSA,<br><br>　　　　Plaintiff/s,<br><br>　v.<br><br>THE IRVINE COMPANY APARTMENT COMMUNITIES, INC.,<br><br>　　　　Defendant/s. | Case No. SACV 14-01716-JST(JCGx)<br><br>**ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL** |

　　　On April 30, 2015, the parties filed a Notice of Settlement indicating that the parties are in the process of finalizing settlement and Plaintiff anticipates the settlement will be finalized in one hundred-twenty (120) days. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

　　　It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within one hundred-twenty (120) days, to reopen the action if settlement is not consummated.

　　　The parties shall file a notice of dismissal no later than one hundred-twenty (120) days from the date of this order. If no dismissal is filed, the Court deems the matter dismissed at that time.

1       The Court retains full jurisdiction over this action and this order shall not
2 prejudice any party in the action.

4 IT IS SO ORDERED.

6 DATED: <u>May 01, 2015</u>

7                                     **JOSEPHINE STATON TUCKER**
                                    JOSEPHINE STATON TUCKER
8                                     United States District Judge